FRANK J. FRANZONE

EXHIBIT E

Page 1

Volume I
Pages 1 to 90
Exhibits A to G

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

GINA M. ALONGI, AS SHE IS ADMINISTRATOR,
INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 4 HEALTH AND WELFARE
PENSION, ANNUITY AND SAVINGS FUNDS,
LABOR-MANAGEMENT COOPERATION TRUST AND
HOISTING AND PORTABLE ENGINEERS LOCAL 4
APPRENTICE AND TRAINING FUND,
                Plaintiff(s),
   v.                          Civil Action
                               No. 17-12419 RWZ

ACCURATE ENGINEERED CONCRETE, INC.
AND FRANK J. FRANZONE, INC.
                Defendant(s).

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

    DEPOSITION OF FRANK J. FRANZONE, a witness called
by counsel for the Plaintiffs, taken pursuant to the
applicable rules, before Diane L. McElwee, RMR,
Certified Shorthand Reporter and Notary Public in and
for the Commonwealth of Massachusetts, at the Offices
of IUOE Local 4, 16 Trotter Drive, Medway,
Massachusetts, on Tuesday, November 13, 2018,
commencing at 11:44 AM.

FLYNN REPORTING ASSOCIATES
Professional Court Reporters
508.755.1303  *  888.244.8858
www.flynnreporting.com

```
                                                    Page 2
 1    PRESENT:

 2

 3        INTERNATIONAL UNION OF OPERATING ENGINEERS
          Local 4
 4        Health and Welfare, Pension and Annuity Funds
          16 Trotter Dr., P.O. Box 680
 5        Medway, MA 02053
          by Gregory A. Geiman, Esq.
 6        ggeiman@local4funds.org
          for the Plaintiffs
 7
          BOCCINO LAW
 8        103 Grover St.
          Beverly, MA 01915
 9        by Amato J. Bocchino, Jr., Esq.
          amato@bocchinolaw.com
10        for the Defendants
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

FRANK J. FRANZONE

Page 3

1                          I N D E X

2    _____

3    WITNESS:          DIRECT    CROSS    REDIRECT    RECROSS

     _____

4

5    FRANK J. FRANZONE

6      by Mr. Geiman      4

7

8                        E X H I B I T S

9    No.                                            Page

10   A          Agreement dated 4/8/1992            24

11   B          2014 - 2018 Master Document         26

12   C          Payroll Register, 9/3/17 to         39

13              9/9/17, two pages

14   D          Business Entity Summary for         50

15              Accurate, two pages

16   E          Accurate Engineered Concrete,       54

17              Hours Worked Through December '17

18   F          Payroll Journal with YTD for        64

19              8/25/13 to 8/31/13, two pages

20   G          Payroll Journal with YTD for        68

21              5/13/12 to 5/19/12, two pages

22

23

24

Page 4

1                   P R O C E E D I N G S

2

3       FRANK J. FRANZONE, a witness identified and sworn,

4             was examined and testified as follows:

5                      DIRECT EXAMINATION

6       BY MR. GEIMAN:

7            Q    Mr. Franzone --

8            A    You can call me Frank.

9            Q    Thank you, Frank.

10                 My name is Greg Geiman.  I represent

11       the Plaintiffs in this litigation between the

12       Plaintiffs and the Funds and Accurate Engineered

13       Concrete and Frank J. Franzone, Inc.

14                 I know we already discussed, but if you

15       need me to restate or repeat a question, please let

16       me know.  If you need me to speak louder, I am happy

17       to.

18            A    Thank you.

19            Q    I will remind you that any response needs to

20       be verbal so that our court reporter can take down

21       the notes of what we say.

22                     MR. GEIMAN:  And usual stipulations,

23       Amato?  The Plaintiff will waive the requirement that

24       the Deponent needs read and sign the deposition, and

Page 5

1   we will reserve objections except as to form until

2   trial.

3                MR. BOCCHINO:  Okay.  You mean you

4   will waive the requirement that he needs to sign it

5   before a notary?

6                MR. GEIMAN:  Yes.

7                MR. BOCCHINO:  He would like 30 days

8   to read and sign.

9                MR. GEIMAN:  Yes, yes.

10               MR. BOCCHINO:  Okay.

11      Q    Frank, thank you again for coming in today.

12               Would you please state your name for

13   the record.

14      A    Frank J. Franzone.

15      Q    Okay.  Frank, what is your home address?

16      A    5 Atkinson Farm Road, Atkinson,

17   New Hampshire.

18      Q    Okay.

19               And let's speak a bit, if we could,

20   about your history.  When did you first open Frank J.

21   Franzone, Inc., if you recall?

22      A    I think I could.  I think I was 23-years old

23   when I started my own company.  It was a masonry

24   construction company.

FRANK J. FRANZONE

Page 6

1      **Q**    Okay.  And was that company also out of

2    Haverhill?

3      A    Yes.

4      **Q**    Okay.

5            And how about Accurate Engineered

6    concrete?  Do you recall when you started that

7    company?

8      A    My guess is probably about 30 years ago

9    because I have been active in the union for about 30,

10   35 years.

11     **Q**    Okay.  And what was the purpose at the time

12   of opening Accurate Engineered Concrete?

13     A    Well, some of the work, most of the work we

14   were doing was nonunion.  I was a mason contractor at

15   the time.  I grew that company with 55 people working

16   for me.

17           In any case, I decided I wanted to join

18   the union and get some of that work if it was at all

19   possible.  It didn't work that well for me at all in

20   the masonry construction business.  Neither has it

21   worked that well for Accurate Engineered.

22     **Q**    Okay.  Are you a member of any union at this

23   point?

24     A    I don't remember if I am, but I know I

FRANK J. FRANZONE

1   signed a contract with the union.  I know I have

2   signed contracts elsewhere with the union where we

3   have done some work.

4       Q    Okay.  But are you, yourself, a dues-paying

5   member of a union?

6       A    I am not a member, no.

7       Q    Okay.

8            And what is your position with Frank J.

9   Franzone, Inc.?  What is your title currently?

10      A    I am the owner/president of the company.

11      Q    And what is your position, currently your

12  title with Accurate Engineered Concrete?

13      A    I am still the owner and president.

14      Q    Okay.  And what is the principal place of

15  business of each company?

16      A    One is 34 Newark Street, which is Engineered

17  Concrete, and the other is 36 Newark, which is

18  Accurate Engineered Concrete.

19      Q    Okay.  And again for clarification

20  "Engineered Concrete" refers to Frank Franzone, Inc.?

21      A    Well, I think it was Frank J. Franzone, and

22  then it became d/b/a Accurate Engineered for various

23  and sundry reasons.  I was advised by attorneys I am

24  sure.

FRANK J. FRANZONE

1    **Q**    Those attorneys always get in the way.

2    **A**    No, not really.

3    **Q**    Okay.

4          And who owns the building at 34, 36?

5    **A**    I do, Frank Franzone.

6    **Q**    Is it in your name or --

7    **A**    I believe it is, yes.  In my masonry days I

8    built it.

9    **Q**    Really.  How about that.

10         Okay.  Is Frank J. Franzone currently

11   signatory to any union contracts?

12   **A**    No, never has been.

13   **Q**    Okay.  And Accurate Engineered Concrete,

14   what unions are they signed with?

15   **A**    I had some union contracts, and I gave them

16   all off.  The reason for that is my two major people

17   that work with me, primarily Shaun Ryan and Brian

18   Davis, they both got injured almost at the same time,

19   a month apart.  I was done.  I was getting ready to

20   get done anyway.  I really was.  I am 87-years old

21   now, and I have had enough of working with other

22   people.  Some of they are totally efficient, and a

23   lot of them are totally incompetent.  That says

24   everything for today's people in my opinion, in my

1   humble opinion.

2             So we still maintain that company, but

3   it's going to be closed down.  Sorry.  I don't

4   maintain -- I have sold my gypsum company to Maxxon

5   Corporation, who are the people that used to supply

6   me with all materials for gypsum, which is the

7   engineered concrete.

8      **Q**   So Accurate -- just again for clarification,

9   Accurate Engineered Concrete you have sold?

10      A   No.  Engineered concrete products only.

11   Accurate we still have.

12      **Q**   Do you recall when engineered concrete

13   products were sold?

14      A   I think probably two or three months ago

15   now.  They have been after it for over a year.  We

16   finally negotiated a deal, not a great deal, but I

17   was ready.  I had no people working for me except

18   Ryan, and Cynthia does part-time work for me today

19   until such time that I find something else to do, if

20   I find something else to do.

21      **Q**   Okay.  And what is the name of the gypsum

22   company?

23      A   That was Engineered Concrete Products.

24   That's what we used to do, gypsum.

FRANK J. FRANZONE

Page 10

1     **Q**    And what's the name of the outfit that

2 purchased --

3     A    Engineered Concrete Products purchased the

4 product. Oh, Maxxon. They are from Minnesota.

5     **Q**    Is it M A --

6     A    M A X X O N. They are buying up some small

7 companies. So far I think they have bought six

8 companies this year, people they have done business

9 with. They want to expand their company obviously,

10 and mine came up, and they were looking at it over a

11 year ago, two years ago, and they looked at it again,

12 and I finally said, The hell with it.

13           Then they had people come in my office,

14 my office building. They leased for three months

15 from me with a possibility of buying the building,

16 but I am not really sure whether they are ready to do

17 that.

18     **Q**    Okay. So at this time -- strike that.

19           Do you still have any ownership

20 interest in Frank J. Franzone, Incorporated?

21     A    That's a good question. Do I still have an

22 interest in Frank J. Franzone.

23     **Q**    Do you have an ownership interest --

24     A    Engineered Concrete, no.

FRANK J. FRANZONE

Page 11

1     **Q**    Okay.  So Maxxon owns that?

2     A    They took the name, took the phone numbers,

3 and part of it was equipment that I had that was part

4 of the deal.

5     **Q**    So of the two companies that we have been

6 discussing, Frank J. Franzone and Accurate Engineered

7 Concrete, you currently only own Accurate?

8     A    Accurate, that's correct.

9     **Q**    Okay.

10          Do you know, Frank, if Maxxon was aware

11 of this lawsuit?

12     A    I think they were, yes.

13     (Pause)

14     **Q**    Okay.

15          During the time, Frank, that you did

16 own both companies, Franzone -- and just for

17 simplification, I will refer to Franzone -- actually

18 I will use Engineered and Accurate.

19     A    Easier for me, too, yes.

20     **Q**    In the time that you did own Engineered and

21 Accurate, what type of work did each company perform?

22     A    More often than not -- well, I have done

23 both.  I have done both, did a very small amount of

24 union work using gypsum for a couple of major

FRANK J. FRANZONE

Page 12

1   contractors.

2              When I gave up, you know, the whole

3   deal in reference to union work was because I had no

4   crew to do it.  I gave it off to a company, SPS.

5   They are from Salisbury.  I gave them off a

6   million-plus dollars of work.  They are friends of

7   mine.  They took it so I wouldn't leave anybody high

8   and dry.  They have a contractor, and they took all

9   the contracts.  I gave them to him, no money

10  exchanged, no nothing.  It was just a deal.  I just

11  wanted to make sure the customers that I had were

12  taken care of.

13      Q    And this was your Engineered business or

14  your Accurate?

15      A    My Accurate.

16      Q    Your Accurate business.

17      A    Yes.

18      Q    Do you remember when that happened, when SPS

19  made that purchase?

20      A    It has to be four or five months ago now.

21      Q    Okay.

22              MR. BOCCHINO:  I am going to object.

23  No one said "purchase."  You said "purchase."

24              MR. GEIMAN:  Okay.  I will take back

FRANK J. FRANZONE

1  "purchase."

2      Q    When there was a deal, an understanding

3  between you and SPS, that was four or five months

4  ago?

5      A    Maybe five months, maybe even further back

6  than that.

7          I know most of the work has been done.

8  I remember them coming in and telling me the first

9  job they did was Downtown Boston.  I was a little

10  infuriated with them because they jacked the price up

11  20,000 bucks, and the guy paid it.  What they did is

12  they also changed the materials they were going to

13  use.  So I told them that it's not a good idea

14  because it's going come back to me for 20,000 bucks,

15  and you are going to pay it.  It's not my material.

16  You changed the spec.  Good luck.  You have $20,000

17  more.  Good luck.  Don't come looking for me for it

18  because I am not going to be able to handle that.

19      Q    Okay.

20          And what was the purpose, Frank, from

21  your perspective of that understanding with SPS?  Why

22  have that arrangement with SPS at that time?

23      A    Because I was concerned.  I had no crew to

24  do the work, nobody.  I was concerned that they were

Page 14

1  taken care of, the clients that I had.  Had I had a

2  lot of them, it would have been a totally different

3  story.  But that was my target.  It never came to

4  fruition.  Doing all union work is what my target

5  was.

6           Anyway, you are the fellow that's going

7  to ask the questions.  I will just answer for you the

8  best I can.

9     Q    Okay.  I appreciate that.

10          My understanding is Mr. Davis was out

11  of work on worker's compensation.  He is back off

12  of --

13    A    They offered him a disability.  What he

14  really needs is an operation.  That's my opinion, but

15  I am not a doctor either.  I still have him working

16  around me, and he still does some work for me union,

17  maybe once every two weeks or three weeks.

18          We have an ongoing contract with a very

19  good contractor, S&F, and they are good people.  I

20  have known Rodney for a good number of years and his

21  father.  They are right here in Hudson, Mass.  They

22  asked me to take this on because there was no one

23  else doing lightweight, so we took the job on.

24  Periodically he will call.  I think we did one floor

Page 15

1   for them a couple of weeks ago, ten yards of

2   concrete.  They are a good customer, good people to

3   work with.  They have a good reputation, not unlike

4   myself, much smaller scale.

5       Q    Okay.

6       A    And I took that on because they are friends

7   of mine, and I left everything else on the table

8   because they couldn't do lightweight concrete anyway,

9   SPS.  The only person who does it is me.

10      Q    Okay.  So are there any other contracts that

11  you did have before Mr. Davis was injured that SPS

12  still has, or did SPS --

13      A    I don't -- I would imagine they are probably

14  done with them.

15      Q    So you are not actively bidding new business

16  now?

17      A    No, no.

18      Q    Just S&F happened to ask you --

19      A    I am not bidding anything.  I am not bidding

20  SPS.  I am not bidding Engineered.  I am not bidding

21  Accurate.

22      Q    Okay.

23               Do you have any plans to bid for

24  Accurate going forward?

FRANK J. FRANZONE

Page 16

1      A    No, no, I do not.

2      Q    Okay.  What's the long-term plan for

3  Accurate?

4      A    There is none presently.  There is none

5  sincerely.  There is no plan for Accurate for the

6  future.

7      Q    Okay.

8           Since the time that Maxxon -- is it

9  Maxxon?

10      A    Maxxon.

11      Q    Maxxon.  Thank you.

12           -- purchased the assets of Engineered

13  Concrete, have you and your employees been paid on

14  the Accurate payroll?

15      A    I only have my nephew Brian right now, and

16  he is paid on both.  If he does a day's work for me,

17  the company Accurate, he gets paid union rate.  The

18  rest of the time -- right now he is probably working

19  at my yard.  I am trying to -- I try to keep him

20  employed.  He probably works four or five hours a

21  day.  He still gets his full week's pay from

22  Engineered and the two of them combined.

23      Q    Okay.  And I guess that's my confusion.

24      A    Why is that confusing?

1    **Q**    Maybe it's just me.

2            How is there still an Engineered

3    payroll if Engineered was sold?

4    **A**    Well, we still have some receivables for

5    Engineered.  It's open right now, but it's going to

6    be closed, and the sooner the better because they

7    want me -- they have taken the name.  It's between

8    Brian, myself, and Cynthia gets paid something from

9    me as well.

10   **Q**    Right.

11   **A**    She works twenty hours a week or ten hours,

12   whatever she does, and I pay her 30 bucks an hour,

13   and we cut a check for her.

14   **Q**    Okay.  And that's all still presently on the

15   Engineered --

16   **A**    That's correct.

17   **Q**    -- payroll until everything --

18   **A**    That's correct.  The only thing that's taken

19   out of Accurate Engineered is the days that Brian

20   works on a union job, and there is one other fellow

21   that works part time with us now, and he works with

22   him.  He is a laborer.

23   **Q**    Okay.

24   **A**    So the two of them get paid union rate for

Page 18

1   that particular day.  Most often they work about

2   three hours, and that's okay.  I have no problem with

3   that at all, never had.  If the guys ever worked

4   through the half hour that they are supposed to take

5   their break, they got paid for that, too.

6                 Everyone got paid.  Believe me.  They

7   got paid.  I would never do anything like that in my

8   life.

9       Q    Okay.  And they would get an eight-hour

10  day --

11      A    They get --

12      Q    -- regardless of how many hours they work?

13      A    Not necessarily, because I think laborers,

14  if they work less than four hours, you don't have to

15  pay them for the day.  Otherwise, if they work over,

16  then they get paid.  If they work through lunch, what

17  we would do -- as a matter of fact, with lightweight

18  concrete and/or gypsum, because we have done work

19  with union companies using gypsum product, they would

20  get paid every day for all their hours.  If anything,

21  they got paid more than what they should have been

22  paid, and that's not unusual for me.

23      Q    Okay.

24      A    I did it when I was a young man.  If someone

Page 19

1  worked work eight and a half hours, they got

2  eight and a half hours.  If they worked eight hours

3  and fifteen minutes, they didn't get paid fifteen

4  minutes.  If they were eight hours and sixteen

5  minutes, they got paid for the half hour.  That was

6  the arrangement I made years ago with the people who

7  worked with me because I thought it was fair.

8      Q    Right, right.  Okay.

9          During the time, Frank, that you owned

10  Engineered and Accurate --

11     A    Yes, sir.

12     Q    -- where did the companies do most of their

13  work?

14     A    Engineered concrete.

15     Q    But in what region?  Was it just in

16  New England?

17     A    Yes, basically New England.  I don't think

18  we ever went -- no, we never went to New York with

19  gypsum, never.  There is other applicators out there.

20  It would cost them too much money to get me out there

21  to begin with.

22     Q    Right.

23     A    So it was generally New England, Maine,

24  New Hampshire, Massachusetts, sometimes Connecticut,

Page 20

1    but I don't even remember going to Connecticut.  Yes,

2    we did a couple of small jobs in Connecticut for

3    ProCon years ago.  They were a company here in

4    New Hampshire.  We used to do a lot of their work.

5         Q    Okay.

6              When you were the owner of Engineered,

7    were you the only officer of that corporation?

8         A    I think my brother-in-law might be, but I am

9    not really sure.  I don't remember.  It's been a long

10   time.

11        Q    What's your brother-in-law's name?

12        A    Ralph Gaeta.  He lives in Stoneham, Mass.

13        Q    Okay.  Did he have to weigh in when you made

14   the decision to sell --

15        A    No.

16        Q    -- Engineered?  No.

17        A    No.  Nobody had to weigh in.

18        Q    Just you?

19        A    Just me.  It was a sad day, too.

20        Q    Yes.

21             How about Accurate, Frank?  Are there

22   any other officers of Accurate besides yourself?

23        A    No.

24        Q    Have there ever been?

Page 21

1  A  I don't recall.  I really don't.  It's been

2  30-some-odd years ago, maybe 40.

3  Q  Okay.

4       Who oversees payroll for both

5  companies?

6  A  Payroll was given over to a payroll company

7  via Cynthia.  She accumulates the hours and marks

8  them all down and makes a phone call, and the checks

9  normally come in on a Thursday, the day before.  I

10  sign them so that they are ready for Friday in the

11  event they were working or not working, and fellows

12  could pick up their checks, whatever.

13  Q  Okay.  And Cynthia, to your knowledge, she

14  tracks the hours just based on --

15  A  She based the hours based on what Shaun Ryan

16  would bring back or Brian would bring back.

17  Q  Okay.

18       On a day-to-day basis who tells Brian

19  or in the past Shaun where they are going that day?

20  A  There was a sheet that was made out on a

21  daily basis via Cynthia in coordination with Shaun,

22  who is generally the guy who is handling outside

23  everything; and sometimes he would work inside with

24  me estimating work when we didn't have other work.

Page 22

1   So they would get together and would designate how

2   many people, six people, five people, seven people,

3   how many bags of product we would put on a truck, how

4   much isolation would be taken, how much latex would

5   be taken, so forth.  So all that was written down on

6   a worksheet.  That worksheet was put on a bulletin

7   board in the outside area, and that was taken with

8   them, including the temperatures and everything else

9   that's necessary in the gypsum business.

10      **Q**    Okay.  And you would give that information

11   to Cynthia?

12      A    No.  It was on my worksheets that I

13   prepared.

14          I still do things the old-fashioned way

15   if I am going to do something.  So I generally have a

16   pretty good knowledge of what's out there and what

17   should be happening.  If I think the job requires

18   six people, I will mark right on it six people.  If I

19   think it requires two, I will mark right on it two.

20   I tell them how many bags of product on each job,

21   because we might go to one job several different

22   times, different floors.

23          What I try do when I put something

24   together, if you give me a building with a hundred

FRANK J. FRANZONE

Page 23

thousand square feet, if it was a ten-story building,

it's pretty easy.  I want you to you do 10,000 square

feet per day.  You can do that with six people very

readily.

    Q    Right.

    A    And other jobs it would change, and that

would changed based on configuration of the building.

I did all of that.  It was then handed to Cynthia.

That's how a proposal -- my worksheet would be

connected with my proposal.  So anything she wanted

to look at in reference to that job, the number of

people and number of square feet that were necessary

to do, she would apply that and put that on a

worksheet.

    Q    Okay.

            Did Brian Davis and Shaun Ryan

generally work together?  Were they both necessary in

order to --

    A    At one time Brian was an outside man.  He

was running the show.  Brian is my nephew by the way,

and I wasn't totally happy with Brian.  So I switched

over to Shaun because Shaun is a little bit brighter.

Put it that way.

    Q    Okay.

FRANK J. FRANZONE

Page 24

1   A    Brian is an excellent worker, but sometimes

2   he loses track of things, you know, would put down

3   six people and come back with seven.  What the hell.

4   Why are they paying somebody that wasn't even on the

5   job?

6            So that kind of thing would slip by.

7   After a while I got a little disgusted with it and

8   decided I had to make a move for everyone's benefit.

9   Q    Okay.

10           Frank, I am going to give you something

11  to look at.  We will call this Exhibit A.  Let me

12  know when you have had a chance to look at that.

13           (Exhibit A marked for identification)

14           (Pause)

15  A    This is dated '92?

16  Q    It is.

17           (Pause)

18  A    Well, it's certainly my signature.

19           MR. BOCCHINO:  Frank, we will wait

20  for Greg to ask you a question.

21           THE WITNESS:  I am sorry.

22  Q    That's quite all right.  You read my mind.

23  I was going to ask you --

24  A    I am not going to read all of this.  It's an

FRANK J. FRANZONE

Page 25

1    agreement.  My signature is on it.

2        **Q**    That is your signature at the bottom?

3        A    That's exactly right.

4        **Q**    Okay.  And this is what the union refers to

5    as a short form agreement.

6        A    Okay.

7        **Q**    And in the union's estimation this would

8    obligate you to the collective bargaining agreement

9    that was in effect at the time and subsequent

10   collective bargaining agreements.

11            I won't ask if you remember signing

12   this per say, but you do remember --

13       A    I did sign it.  Whether or not I understood

14   it, that's another story.  It really didn't matter at

15   that point in time.

16       **Q**    But you do recall generally signing an

17   agreement with Local 4 for Accurate?

18       A    It's pretty obvious I signed this and other

19   agreements for Accurate.  To my knowledge this may be

20   the only one.  I am not really sure.  You would

21   probably know that better than myself.

22       **Q**    Okay.  And do you remember why, Frank, you

23   decided to sign an agreement with Local 4 back in

24   1992?

FRANK J. FRANZONE

Page 26

1    A    I don't think there was anything adverse to

2  it.  We were trying to advance and do more union

3  work.  The purpose of doing all of this was to get

4  work that the fellows could make more money with

5  period.  That's exactly what the purpose was.

6              I paid for all their dues.  If you look

7  at your records, you will find that checks came in

8  from Frank J. Franzone and Accurate Engineered

9  Concrete.  I am sorry.  That went for their dues for

10  all of them, for all of them.  I didn't have to do

11  that.

12    Q    Right.

13    A    Anyway...

14              MR. GEIMAN:  Okay.  And this we will

15  mark as Exhibit B.  I surely don't expect you to read

16  all of this.

17              (Exhibit B marked for identification)

18              (Discussion off the record)

19    Q    So this is --

20    A    -- the Master Document.

21    Q    This is the collective bargaining agreement.

22  This is a more recent version of the document that

23  you signed.

24    A    So this replaces this (indicating)?

Page 27

1    **Q**    Actually, no.  This short form agreement is

2    what would tie, according to the union, and would

3    obligate you to the terms of this collective bargain

4    agreement.

5            Have you ever seen the Local 4

6    collective bargaining agreement before?  Do you have

7    any memory of reviewing it?

8    A    No, I don't.

9    **Q**    Okay.

10           The reason that I wanted you to take a

11   look at this, Frank, is because there are provisions

12   in the collective bargain agreement that are forming

13   the basis in large part of the plaintiff's claim.  I

14   just wanted to point them out to you.

15           The first, if you turn to page 23 --

16   A    Excuse me.  The plaintiff claim, there are

17   three people involved?

18   **Q**    Well, The benefit funds.

19           MR. BOCCHINO:  One lady.

20   **Q**    Gina Alongi, the Administrator.

21           MR. BOCCHINO:  The operators union.

22   A    Oh, okay.  I thought we were referring to

23   the people that brought a complaint to me or to you

24   about me.

FRANK J. FRANZONE

Page 28

1          MR. BOCCHINO:  No, no, not those

2     guys.  Let's see what he wants to ask about.

3          **Q**    No.  This is the Local 4 Funds case.  It

4     involves the fringe benefits contribution payments.

5               If you could take a look on this

6     document, page 23.  If you look -- actually I

7     apologize.  It's page 21, which is right above.

8          A    I see that.

9          **Q**    I was going to refer to you Part A,

10    Article III, Section 3, which is in that right-hand

11    column.  If you would, if you could read --

12         A    Section 3?  You want me to read that?

13         **Q**    Sure.

14         A    "An employee --

15         **Q**    I am sorry.  The one up above.  You see?

16         A    Section 2?

17         **Q**    Section 3, if you look up here.

18         A    You asked me to look at 21, page 21.

19         **Q**    Yes, which is the one right up here

20    (indicating).  If you take a look at this --

21         A    Okay.  I was down below.

22         **Q**    That's okay.

23         A    "The terms of this Agreement shall apply to

24    all work usually and customarily performed by Local 4

1  and its Branches within its craft jurisdiction."

2      Q     So the reason I asked you to read that and

3  put it in the record -- and then I want to have a

4  discussion with you about it -- do you recall ever

5  having a conversation with anybody at Local 4 with

6  regard to work by Mr. Davis and Mr. Ryan and whether

7  Local 4 provided any sort of permission or

8  authorization or any other, you know, any other sort

9  of blessing to having Mr. Davis and Mr. Ryan do work

10  for Engineered Concrete as opposed to --

11      A     I don't remember ever having a conversation

12  with anyone with regards to what you just referred

13  to.

14      Q     Do you ever remember having a conversation

15  with anybody about the obligation to pay fringe

16  benefit contributions for all work done by Mr. Davis

17  or Mr. Ryan?

18      A     No, I do not.

19      Q     Okay.

20              Were you aware that Mr. Davis and

21  Mr. Ryan were members of Local 4; that they have

22  union books?

23      A     Yes.  I still pay for them.

24      Q     Okay.

Page 30

1    A    I have been paying for them, yes.

2    Q    Right.  Okay.

3         Were you ever told when you signed your

4    agreement with Local 4 that you only needed to pay

5    contributions on union jobs as opposed to nonunion

6    jobs?  Did anyone ever tell you that?

7    A    No.

8    Q    Okay.  And you have been aware generally

9    since 1992 that you have a contract, Accurate

10   Engineered has a contract --

11   A    I was made aware of it again, if that's the

12   case.

13   Q    Okay.

14        What was your basis, Frank, for

15   deciding at some point that you didn't need to pay

16   contributions for work done by Engineered Concrete?

17   And let me be more specific.  For work done by

18   Mr. Davis and Mr. Ryan for Engineered Concrete, what

19   was the basis for that decision, do you recall?

20   A    I am quite sure that I talked to the boys

21   about that; that if you do a union job, you will get

22   paid a union rate, whatever it is.  Since we don't

23   have a lot of union work, there is no alternative if

24   you want to work.  You have to work with Engineered,

Page 31

1    and you will take that rate, and that was agreed

2    upon.

3        Q    Okay.

4        A    I don't have to repeat myself.  My target

5    was to get all union work.  That was my target.

6        Q    Right.

7        A    If ever I were to do this again, that would

8    be my target.

9        Q    Okay.

10               When you realized at some point that

11   that goal may not be met to have all union work and

12   you had less union work than you needed to keep

13   Mr. Davis and Mr. --

14       A    I recognized it all the way.  We never had

15   enough work.  I am not going to repeat.  I am not

16   going to say --

17               MR. BOCCHINO:  Wait.  Let Greg ask

18   his next question, Frank.

19       Q    What was the tipping point, if you remember?

20   What was the --

21       A    There was no tipping point.

22       Q    Well, at some point you sat down with Brian

23   and Shaun and said --

24       A    Probably before we even signed the contract

FRANK J. FRANZONE

Page 32

1   that went into the union we probably talked about

2   that.  Look, I am going to do this, and if we get

3   union work, then you get all the benefits and

4   everything.

5               Unfortunately I didn't recognize all

6   the rules.  I think they had to work 200 hours per

7   year, something like that, to get any benefits.

8               All the monies that ever went into the

9   union in my opinion you guys got.  You keep it.  They

10  didn't get anything.  It wasn't doing anything for

11  me.  I was trying do something for them.  It didn't

12  work out because we never got enough hours with these

13  fellows to really get the benefit of being in the

14  union and doing this kind of work and preserving some

15  monies to do.  I guess they get their pension.

16  That's about all they are going to get.

17              Even today, no matter who brought this

18  thing about, they are of the opinion they will end up

19  winning a lot of money.  I don't know that to be

20  true.  I think if something would have happened like

21  that that they would get nothing anyway.

22      Q    Okay.

23              Do you recall sitting down with

24  Mr. Davis and Mr. Ryan when you made the decision to

1    have them start working for Engineered Concrete?

2        A    Do I recall a specific time and date?  No, I

3    really don't.

4        Q    Not a time and date but just --

5        A    No, I really don't.  I would assume when I

6    signing this here in 1992, which is the time I signed

7    this, that we had already talked about this.  They

8    all agreed.  I don't think they are in disagreement

9    today.  I think they feel that I have treated them

10   fairly, and I always have, and I am still treating my

11   nephew more than fairly.  He gets a check every week.

12       Q    Right, right.

13            When they were working for Accurate

14   exclusively --

15       A    Yes.

16       Q    -- do you recall that they were getting a

17   40-hour week?  You were paying them a full week on

18   the Accurate payroll?

19       A    I think when we put them in -- I think it

20   was a year or two years that Cynthia reminded me

21   of -- I didn't even know -- that we said, Okay, we

22   are going to pay you.

23            It was probably easier for me to do

24   that at that time than it was trying to delete one

FRANK J. FRANZONE

Page 34

1    from the other and so forth.  Maybe we even -- that

2    would be part of the reason I am sure.

3        **Q**    Okay.  Okay.  And just to ask again, when

4    you made the decision to move these gentlemen to the

5    Engineered Concrete payroll, do you recall talking

6    to --

7        A    They were always Engineered Concrete payroll

8    from Day One.  We were Engineered Concrete way before

9    we were Accurate Engineered Concrete.  These fellows

10   had worked for me I would say between the two of them

11   maybe 50 years.  They are both 55-, 56-years old.  My

12   nephew started when he was 18-years old.  Shaun was

13   in and out.  He started basically about the same

14   time.  Maybe later.  He is a little bit older.

15       **Q**    Okay.

16            But to clarify, there was a period of

17   time, was there not, when both Shaun and Brian were

18   being paid exclusively on the Accurate payroll?

19       A    I think there was, yes.

20       **Q**    And when you made the decision around 2009

21   to make the switch, do you recall talking to anybody

22   at Local 4 about it, or that was just your decision?

23       A    No, I never did.  I never did.  The only

24   person I was ever introduced to in the union was Lou

FRANK J. FRANZONE

Page 35

1   Mandarini, and he was in the North End of Boston.  He

2   helped me out a couple of times on a couple of

3   problems I was having, and that was in relation to

4   laborers only.

5       **Q**   Okay.

6       A   My recollection is there was some guy that

7   was giving us a bad time whenever we went into

8   Boston.  I can name his name, but I won't do that

9   either.  He got him straightened out.

10      **Q**   Okay.  But nobody at Local 4 that you recall

11  talking to?

12      A   No, no.  I never met anyone at Local 4, not

13  to my recollection.  If they came to my office and

14  introduced themselves, I don't remember that

15  happening.

16      **Q**   Okay.

17              And when you sat down to speak with

18  Mr. Ryan and Mr. Davis -- and I know you don't recall

19  specifics -- they were generally agreeable, is that

20  your memory, to this idea?

21      A   Yes.  They would be fools if they didn't

22  agree because I wouldn't have taken on any work.  The

23  object was to try and get some union work so they

24  could earn more money.

Page 36

1    **Q**    Right, right.

2    **A**    And I could earn some more money, too, if it

3    was successful.

4    **Q**    Right.

5              And the reason I ask, Frank, is because

6    when you switched them over, when the switch happened

7    around 2009, they had been, as we said, receiving

8    40 hours from Accurate, 40-hour weeks.  So they were

9    getting paid the union rate, and they were getting

10   fringe benefit contributions.  When you moved them

11   over to the Engineered Concrete payroll, do you

12   recall what you paid them at that point?

13   **A**    No, I don't.

14   **Q**    Okay.  Do you recall if it was less than the

15   union rate?

16   **A**    More than likely it would have been, yes.

17   **Q**    Okay.  And did you pay fringe benefit

18   contributions for their work for Engineered Concrete?

19   **A**    I don't really remember.  I don't know.

20   **Q**    Okay.

21              Let me switch gears for a second.

22   **A**    Okay.

23   **Q**    And by the way, I should have mentioned this

24   at the outset.  If you need a take a break at any

FRANK J. FRANZONE

Page 37

1    point, let me know.

2         A    No, I am fine.  Thank you very much.

3         Q    Please just let me know.

4              To your memory, Frank, have Accurate

5    and Franzone ever worked on the same job?

6         A    I don't think so, no.  If it was a union

7    job, we were strictly union.  If it wasn't union, it

8    was strictly Engineered.

9         Q    Okay.

10             Do the two companies or have the

11   two companies ever worked at separate times for the

12   same general contractor?  Is there a possibility that

13   a general contractor would be on a union job, as you

14   put it, one Accurate and then a year later be on a

15   nonunion job and one Franzone?  Do you ever recall

16   that?

17        A    Not to my recollection, Greg, no, no.  I try

18   to keep that all separate all the time.

19        Q    Okay.

20        A    In fact, I think we did keep it separate all

21   the time.

22        Q    All right.

23             And how do you determine in your

24   position, Frank, whether a job should be bid by

1 Accurate or by Franzone -- by Accurate or by

2 Engineered Concrete?

3     A     I understand.

4          We would ask if it was a union job or

5 nonunion job because it makes a difference in the

6 numbers, makes considerable difference in the

7 numbers.

8     Q     Sure.

9     A     That being said, we would know who we are

10 bidding it for.  We had Accurate Engineered period,

11 and we had Engineered Concrete Products.

12     Q     Okay.

13     A     Separate.

14     Q     Okay.

15          Did you ever employ any operating

16 engineers that you recall other than -- oh, thank

17 you.

18     A     That's Accurate Engineered.

19          (Business card handed to counsel)

20               MR. GEIMAN:  Let him look before --

21               MR. BOCCHINO:  These are the cards?

22               THE WITNESS:  Yes.

23               MR. GEIMAN:  He is doing his job.

24               THE WITNESS:  I understand he is

FRANK J. FRANZONE

Page 39

1   doing his job.  If he decided he didn't want you to

2   see it, you wouldn't see it.

3                   MR. GEIMAN:  Of course.  And I

4   wouldn't have it any other way.

5      Q    Do you recall employing any other operating

6   engineers other than Brian Davis or Shaun Ryan at any

7   point since signing with the union anyway?

8      A    Did I ever -- no, no.

9      Q    Okay.

10                  I am going to ask you to take a look at

11  another piece of paper here.  Exhibit C, please.

12                  You can let me know when you have had a

13  chance to look at that, Frank.

14             (Exhibit C marked for identification)

15     A    It's sporadic, so that tells me something.

16                  Go ahead.

17     Q    I wanted to ask you about the payroll

18  register.

19                  As you can see, the first page is for

20  Frank J. Franzone, and the second page is for

21  Accurate Engineered Concrete, same week, the week of

22  September 3d of last year.

23     A    Where do you see Engineered Concrete?  I

24  don't see it.

1    **Q**    The second page.

2    **A**    Oh, here is Accurate Engineering at the

3    bottom, yes.  It says, Frank J. Franzone.  Okay.  I

4    am sorry.

5    **Q**    That's okay.

6                The reason I wanted you to take a look

7    at this is it's the same week.  As you can see,

8    Mr. Davis and Mr. Ryan received pay for hours worked

9    for Frank J. Franzone on the first page.  It looks

10   like Mr. Davis had 36 hours that week, including some

11   overtime and some holiday pay, and same for Mr. Ryan.

12               Then on the second page for Accurate it

13   looks like each of Mr. Davis and Mr. Ryan had

14   eight hours of pay.

15   **Q**    Now I wouldn't expect you to recollect that

16   week specifically.

17   **A**    No, I don't.  I hope they were right.

18   **Q**    Is this an example of what you have been

19   referring to that there are weeks in which Mr. Davis

20   and Mr. Ryan could work on union and nonunion jobs

21   and --

22   **A**    Yes.

23   **Q**    Could you explain that to me?  Explain how

24   maybe the machination of a given week how Mr. Davis

FRANK J. FRANZONE

Page 41

1  and Mr. Ryan might be on both payrolls, might be paid

2  by Accurate and by Franzone.

3  A    The first one I have two holidays,

4  two holidays included in the payroll for Frank J.

5  Franzone.  That was $1,140 I guess for the week,

6  regular pay, thirty; overtime, I guess it's

7  four hours.  There was two holidays.

8  Q    Okay.

9  A    So if that's the same week, if there were

10  holidays, maybe we worked another job for Accurate.

11  I don't know.

12  Q    So does it look to you from these two pages

13  that there was one day where these gentlemen worked

14  on a union job for Accurate?

15  A    Yes.  That's what I would say, yes.  We

16  worked one day for Accurate, and the rest of the week

17  we worked, and there were two holidays.  I don't know

18  what the hell that is.  Excuse me.

19  Q    And holidays, Frank, would those be paid out

20  of the Franzone payroll or the Accurate payroll?

21  A    Depends on which holiday and where they were

22  working, you know.  If they are working on a union

23  job, they got paid that day as well.

24  Q    I see.

FRANK J. FRANZONE

Page 42

1    A    It's not uncommon.  We did it not too long

2    ago.  There were a couple of holidays that we came

3    through that we had to pay, and that was okay.

4    Q    So if the holiday came in the midst of an

5    Accurate job, let's assume --

6    A    They would be paid by Accurate.

7    Q    If they worked on an Accurate job Friday,

8    and Monday is a holiday, but they are back to work

9    for Accurate Tuesday --

10   A    I don't know about that.  I really don't.

11   Q    Okay.  And I am using that just as an

12   example.

13   A    I really don't know that.  I don't know

14   that.

15   Q    Okay.  But there are times --

16   A    Who would know that better than myself would

17   be Cynthia.  She had her hand on all this stuff.  If

18   I said something and I was wrong, She would tell me,

19   No, you are wrong.  You do this.

20        I would say, Okay, let's do it.

21   Q    Okay.

22        The last one I wanted to ask you about

23   on the first page, the Franzone page, next to regular

24   pay, what is the hourly rate that Mr. Davis and

1  Mr. Ryan are receiving for Franzone?  Do you see that

2  there next to regular pay?

3       A    Regular pay I think is $30, right?  Even

4  with my glasses I can't see this.  That's not fair.

5  You guys should blow these things up more.

6       Q    It is very small.

7             Then on the second page, if you would,

8  Frank, for Accurate Engineered Concrete next to

9  Mr. Davis and Mr. Ryan, regular pay, do you see what

10 the rate was for the work for Accurate?

11      A    The one I am looking at for Ryan doesn't

12 give you a rate I don't think.  It gives me a total

13 for the year I think.  I am not sure.  128?  I don't

14 know what the hell this is.

15      Q    Yes, that's 128 hours.

16      A    128 hours.  Okay.

17      Q    If you look to the left, you will see, to

18 use Mr. Davis as an example, you will see his name,

19 his tax withholdings, and then there is a

20 description.  It says, Zero, dash, regular pay, and

21 next to that is the rate.

22             Do you see that there?

23      A    No, I don't.  I am sorry.

24      Q    That's okay.

Page 44

1      A    Wait a minute.  Rate is way back here

2  (indicating).

3      Q    This box (indicating).

4      A    That box right there (indicating).  $41?  Is

5  that it?

6      Q    No.

7      A    You are looking at  -- I am looking at Ryan.

8  They are both the same.

9      Q    Yes.

10     A    54.  Wait a minute.  Wow, I have got to get

11 some new glasses.  Gees.  It was $54.11 I think.

12     Q    Thank you.

13     A    Right?

14     Q    Yes, that's what I see.  And you would have

15 paid fringe benefit contributions for those hours?

16     A    Yes.

17     Q    Okay.

18     A    Oh, yes.

19     Q    Thank you.

20     A    You are welcome.

21            Do you need this back?

22     Q    No.  That's yours to keep.

23     A    Thank you.

24     Q    We have door prizes.

Page 45

1          Okay.  Frank, when you were bidding a

2    job and a general contractor said to you this is a

3    union job or this is a nonunion job, did you or

4    anybody in your office ever research that, or

5    whatever the general contractor said, that's what it

6    was?

7         A    Yes.  Whatever he said is what I would do.

8    If he said he wanted a price on both, I would provide

9    that for him, too.

10        Q    Okay.

11             Do you have separate work forces or did

12   you for Accurate and Engineered Concrete?

13        A    No.

14        Q    No.  So other trades, laborers, office

15   staff, everything was interchangeable?

16        A    Yes, as much as we could do.

17        Q    Okay.

18             Was there a contractual arrangement

19   between Accurate and Franzone for the employment of

20   Local 4 operators?

21        A    No, sir, no.

22        Q    I apologize if I asked you this already.  I

23   am not sure that I did.

24        A    That's okay.

FRANK J. FRANZONE

Page 46

1   **Q**     Do you recall Mr. Davis or Mr. Ryan ever

2   working for Accurate and Franzone on the same day?

3   In other words, could they have worked four hours on

4   one and then --

5       **A**     No.

6       **Q**     Okay.

7                 Did you pay, Frank, for time that

8   Mr. Davis or Mr. Ryan spend traveling to and from a

9   job?

10      **A**     Yes.

11      **Q**     Okay.  And was that paid based on whether

12  the job they were going to was a union job or a

13  nonunion job?

14      **A**     They were paid under the right period.

15      **Q**     So if they were going to an Accurate job,

16  they received pay the entire day?

17      **A**     From the time they leave to the time they

18  come back.  When they quit, they are done.

19      **Q**     Let's talk about quitting a little bit.

20  What is their obligation once they come back to the

21  shop?  Let's say they have been out at an Accurate

22  job.

23      **A**     Goodbye.  They would be going home.  If they

24  worked a job as union and they were done at

FRANK J. FRANZONE

Page 47

1    one o'clock, they go home.  I don't even see them.

2    They disappear.

3         Q    Do they have to --

4         A    No, not see me.

5         Q    Not to see you.  Do they have to clean the

6    trucks, anything they need to do once they get back

7    to the shop?

8         A    No, they don't clean trucks.

9         Q    Who cleans the trucks?

10        A    If we have a laborer out there -- by the

11   way, they generally clean them before they come back.

12   That's what they are supposed to do.  That's what I

13   used to do.

14        Q    Well, what about the pump?  And you can

15   educate me on this.  The concrete pump, is there any

16   maintenance or cleaning that's involved in that after

17   a job?

18        A    There is some maintenance if something lets

19   go in a machine and you bring it into the shop.

20   Right now we have an $18,000 piece that blew out on a

21   job a year ago.  We finally got the piece because it

22   had to be made and put back.  I wanted to sell the

23   machine.  It's in good running order.

24             Other than that it's mostly greased.

Page 48

1   It's supposed to be.  Did you hear what I said?  It's

2   supposed to be greased.

3       **Q**    Right.  And when does that get done?

4       A    It doesn't.

5       **Q**    It doesn't.  Okay.  Fair enough.

6             All right.  Brian Davis, so he is your

7   nephew?

8       A    Yes, he is.

9       **Q**    Okay.  Do you recall how long he has been

10  with you in an employed capacity?

11      A    Starting when he was 18-years old.  He is 55

12  or 56 now, about 40 years.

13      **Q**    Okay.  And what did he do for you when he

14  started working?

15      A    He used to work with me as a mason's tender

16  when I was in the masonry construction business,

17  moving block, building staging, a laborer.

18      **Q**    Okay.  Do you recall when he got his Local 4

19  book?

20      A    No, I don't.

21      **Q**    Okay.  And when Brian goes out or in the

22  past when he had gone out on a job, he works the

23  machinery?  He is operating machinery?

24      A    He would generally operate machinery.  He

FRANK J. FRANZONE

Page 49

1  does other things as well that are associated with

2  the foaming device he runs on the machine.  That's in

3  a separate unit.  The foaming device unit has foam,

4  lightweight cellular foam concrete.  It's not an

5  aggregate concrete.  It's nonstructural.  It's a

6  geotechnical fill, fill for pipes and things of that

7  nature.  It's a different concrete than what you are

8  accustomed to hearing or knowing of I think.

9      Q    Okay.  What other responsibilities does

10  Brian have if he is back at the shop or at the

11  office?

12      A    Right now?

13      Q    Well, in the past.  I know right now is a

14  bit of a different story.  In the past what would

15  Brian have done for Accurate or Engineered Concrete

16  in addition to going out on jobs and running

17  machines?

18      A    He would probably load the truck, get it

19  ready, forklift, load the truck.

20      Q    Any maintenance work?

21      A    Only minor stuff.  If he saw something he

22  wanted to take care of, he would do it.  I never

23  stopped them from doing that kind of thing.

24      Q    Okay.  Did he have any responsibility for

Page 50

1    helping to bid jobs?

2        A    For doing what?

3        Q    For helping bid jobs?

4        A    No.

5        Q    Okay.  And you said at some point he served

6    as a foreman?

7        A    Yes.

8        Q    Okay.  And at some point he stopped being a

9    foreman; is that correct?

10       A    Yes.

11       Q    And you had Shaun at that point?

12       A    Exactly.

13               MR. GEIMAN:  Okay.  This will be

14   Exhibit D.  Take a look at this.

15           (Exhibit D marked for identification)

16       A    Galvin, is that the guy that's contributing

17   every year?

18       Q    No, no.  Mr. Galvin is the Secretary of

19   State.

20       A    Does he contribute money to the union?

21       Q    Not to the union, not that I am aware of,

22   no.

23       A    There is big signs on the wall that I was

24   in, and it's his name, William Galvin.

FRANK J. FRANZONE

Page 51

1    **Q**    I am not sure.

2    A    You will have to look on the way out.

3    **Q**    Yes.

4         Well, this is a printout from the

5    Secretary of State's website.

6    A    Okay.

7    **Q**    It lists what the Secretary of State's

8    Office has as the officers and directors of Accurate

9    Engineered Concrete.  The reason I bring it to your

10   attention is certainly your name is listed as

11   president, treasurer, secretary, but if you turn to

12   the second page for me, one of the directors is

13   listed as Brian Davis.  So I wanted to ask if you had

14   any recollection as to why Mr. Davis is listed as a

15   director, if there was a purpose to that.

16   A    Probably only because he was my nephew, and

17   we needed a director.

18   **Q**    Okay.

19   A    Listed or named.  I didn't even remember

20   this as a matter of fact.  He may not be now.  I am

21   not sure.  Is this present?

22   **Q**    This is present to my knowledge.

23   A    He is.  I don't want to tell him that.

24   **Q**    Does he own any of the shares of Accurate

Page 52

1  Engineered Concrete?  Is he is stockholder?

2      A    Not to my knowledge.  It says here though he

3  does.  It says 2000 shares.  I think that's what it

4  says, right?  No, just says, Number of shares.

5                  Okay.

6      Q    I am not sure that pertains to Mr. Davis.

7      A    All right.

8      Q    Okay.  But to be clear, because I want to

9  make sure that I have a good understanding of this,

10  Mr. Davis, despite his being listed as a director,

11  you are saying he has no managerial function with

12  Accurate Engineered Concrete?

13     A    No.

14     Q    Does he do any payroll?

15     A    Pardon me?

16     Q    Does he handle payroll at all?

17     A    Does he handle payroll?

18     Q    Does he work on the payroll at all?

19     A    No, no.

20     Q    Does he hire or fire anybody?

21     A    No.

22     Q    Okay.  And you said he doesn't do any

23  bidding.

24     A    No.

1    **Q**    Okay.

2            How about Shaun Ryan, Frank?  Does he

3    have any managerial capacity?

4    A    He did, yes.

5    **Q**    As a foreman?

6    A    Yes.

7    **Q**    Anything besides being a foreman?  Did he

8    work in the office?

9    A    I told you occasionally if we didn't have

10   work he would stay in the office and estimate, and

11   then of course I went over what he did to make sure

12   there wasn't too many errors made and adjusted them

13   and so forth.

14   **Q**    Do you remember what period of time Shaun

15   did estimating for you, even roughly?

16   A    No.  It was just periodically, you know.  If

17   we didn't have any work, I have to pay him anyway, so

18   maybe he can come in and help us do some estimating.

19           The last one I looked at that he did,

20   he made some gross errors.  I finished the job, and I

21   am still owed a hundred grand.  So what else?

22   **Q**    When he was estimating was he paid on the

23   Franzone payroll?

24   A    No, Engineered Concrete.

FRANK J. FRANZONE

Page 54

1    Q    I am sorry.  Engineered Concrete.  That's

2    right.

3    A    That's okay.

4    Q    So not on the Accurate payroll but on the

5    Engineered Concrete payroll.  Okay.

6            And besides estimating and working as a

7    foreman on the jobs, Shaun had no other managerial

8    function?

9    A    No.

10           MR. GEIMAN:  Okay.  We will mark

11   this as Exhibit E.

12           (Exhibit E marked for identification)

13   Q    All right.

14           I will show you something else, Frank.

15   I will tell you what I understand this to be, and I

16   will give you a chance to look at it.

17   A    Sure.

18   Q    This is a run-down from our payroll auditor

19   of hours remitted per month by Accurate Engineered

20   Concrete for Mr. Davis and Mr. Ryan going back to

21   when Accurate signed with Local 4 in 1992.  If you

22   would take a quick skim and I will ask you a few

23   questions about it when you are ready.

24           (Pause)

Page 55

1    A    Yes, sir.

2    Q    Okay.  If you take a look -- and I apologize

3  because we should have numbered these pages.

4  Hindsight is 20/20.  If you would take a look at the

5  fourth page of the document.

6    A    Fourth?

7    Q    Yes.

8    A    Yes, sir.

9    Q    Okay.  And it should start with Brian

10  Davis's hours for May of '06.  Is that the page you

11  are looking at?  I think you need to go back one

12  page.

13          So the reason I point out this page,

14  Frank, is you see Mr. Davis's hours, fairly

15  consistent 40-hour weeks, 160, 200, and presumably

16  that's a five-week month, some weeks that are less

17  than 160, but, you know, presumably there could have

18  been vacation, sick hours, who knows.  What I want to

19  point out specifically is you see starting in

20  January 2009 there is what I would call a precipitous

21  drop in hours, and that continues through the next

22  page, which takes us through 2017 for Mr. Davis.

23    A    Mm-hmm.

24    Q    So the reason I point this out is to ask

Page 56

1   you, if you can, to reflect on what was happening at

2   this point in time, and you have touched on this a

3   bit already.  But in January of 2009 why did

4   Mr. Davis's hours go from 160, 200s, down to 22, 32,

5   16?

6       A    I have no idea.

7       Q    You don't recall?

8       A    No, I don't.  I really do not.

9       Q    Okay.  Do you recall for the period

10  before --

11      A    I know there is a difference here between he

12  and Shaun.

13      Q    Well, we can take a look at Shaun also.

14      A    Okay.  Continue.  I am sorry.

15      Q    That's okay.  If we take a look at Shaun,

16  there is a similar story.  It looks like --

17      A    His is only three pages I think.

18      Q    Yes, if you look at the second-to-last --

19      A    Only 88.3 hours.

20      Q    If you look at the second-to-last page of

21  the document right there, you see for Shaun as well

22  there is a period of time in 2006, '07, and '08 where

23  it looks like he is getting paid for 40-hour weeks

24  for the most part, again with some exceptions, and

FRANK J. FRANZONE

Page 57

1   then same story.  In January of 2009 his hours drop.

2               Now I know earlier just to maybe jog

3   your memory a bit, Frank, you said that you spoke

4   with Brian and Shaun around January of 2009, and

5   there was a decision -- and please stop me if

6   anything I am telling you is wrong.  There was a

7   discussion about moving their hours from Accurate to

8   Engineered Concrete because there wasn't enough union

9   work.

10      A    There wasn't enough work.

11      Q    Okay.

12               For the period before January of 2009,

13  where Mr. Davis and Mr. Ryan were receiving 40-hour

14  weeks, what was the reason that they were receiving

15  the 40-hour weeks?  Was that because there was enough

16  work, or were you paying it despite the work?

17      A    I don't really recall.  I really don't

18  recall.

19      Q    Okay.  Do you recall what was going on in

20  your business, businesses around January of 2009 that

21  you made the decision to put Mr. Davis and Mr. Ryan

22  on the Engineered Concrete payroll?

23      A    I don't recall.  I don't know if that was a

24  bad year in the construction industry and it started

Page 58

1    to turn the other way.  It was decided we couldn't do

2    this any further.  We can't give you 40 hours a week.

3    We are not doing anything.

4              We tried.  It doesn't work.  So let's

5    go back to the real world.

6        Q    Okay.  So that was a decision that you made

7    as the owner and the president?

8        A    It would have been in conjunction with them.

9        Q    With Mr. Davis and Mr. Ryan?

10       A    Both of them, yes, and they must have

11   recognized it because they continued working for me.

12       Q    Okay.  I know you said you don't recall the

13   conversation specifically.  Would you recall whether

14   you told them that the alternative to this

15   arrangement that we are discussing was to be laid

16   off?

17       A    I never told them they would be laid off.  I

18   never threaten anybody like that.  It was up to me to

19   find the work, whether it was union or nonunion, and

20   keep these guys working and having them have dinner

21   every night and not be worrying about that part of it

22   as well.

23       Q    Right.  Do you recall if you had thought

24   about at the time keeping them on the Accurate

FRANK J. FRANZONE

Page 59

1   payroll, having them work for Accurate and/or

2   Engineered Concrete?

3       A    I think that's what we talked about, have

4   them work for both.  When you are working a union

5   job, you will be paid, and when you are working

6   nonunion, you are paid.

7               There's something missing here and --

8               MR. BOCCHINO:  Frank, let Greg ask

9   the questions.

10      Q    That's okay.

11      A    What you see for payroll is one thing.

12      Q    Well that's what I am trying to get at I

13  suppose.

14              MR. BOCCHINO:  Hold on, Frank.  Let

15  him ask the questions, Frank.

16              THE WITNESS:  Yes, I understand.

17              MR. BOCCHINO:  Please.

18              THE WITNESS:  Yes.

19      Q    Do you recall, Frank, if at the time -- let

20  me strike that.

21              Were Mr. Davis and Mr. Ryan working for

22  Engineered Concrete before 2009?

23      A    Yes.

24      Q    Okay.  And it looks to me from the payroll

Page 60

1    here -- but you can tell me if I am wrong -- that you

2    were paying their hours for Engineered Concrete

3    through the Accurate payroll, and you were paying at

4    the union rate because they were receiving 40-hour

5    weeks.

6              MR. BOCCHINO:  Objection.

7        A    I was paying their union rates out

8    Engineered?  Is that what you said?

9        Q    Let me take that back and rephrase.

10             Do you recall, Frank, when Brian and

11   Shaun were working for Engineered Concrete before

12   2009 how they were being paid?

13       A    I don't understand the question.

14       Q    Do you understand whose payroll they were

15   paid on?

16       A    No, I don't.

17       Q    Okay.

18       A    I am lucky I didn't have any breakfast today

19   because I wouldn't remember.

20       Q    Gotcha.  Okay.

21             Do you recall discussing with Brian and

22   Shaun or with anyone at the time in 2009 when you

23   made the switch --

24       A    Your voice is dropping off.  I am sorry.

FRANK J. FRANZONE

Page 61

1      Q    Thank you.  Thank you for telling me.

2      A    I can tune that up a little bit.  I just

3    did.

4      Q    I will speak up.

5           Do you recall in 2009 whether there was

6    a discussion about keeping Mr. Davis and Mr. Ryan on

7    the Accurate payroll even if you needed to have them

8    work to keep them busy on Engineered Concrete jobs

9    and paying the union rate for that work and paying

10   fringe benefit contributions?

11     A    I don't remember that, no.

12     Q    Is that something you would have considered

13   do you think?

14     A    I would have considered something like that,

15   yes.  I would have considered something like that,

16   but I don't recall doing that.

17     Q    Okay.  And you don't recall why?

18     A    No, I really don't.

19     Q    Okay.

20          When Mr. Davis and Mr. Ryan's hours for

21   Accurate declined, they stopped receiving benefits

22   from the union.  You had discussed this briefly

23   earlier with regard to health insurance, and the

24   union and the funds do have rules in their plan about

Page 62

1    a certain number of hours that need to be worked or

2    remitted by a company before a Local 4 member would

3    receive health insurance.  Are you generally aware

4    of --

5         A    No.

6         Q    -- maybe not the numbers.  Are you generally

7    aware that there is a requirement that a certain

8    number of hours be worked?

9         A    No.

10        Q    No.  Okay.

11        A    But I know they had health insurance that I

12   paid for.  I think we are still paying for it for one

13   employee, two, three -- no, not even that.  I have

14   been moved off it as well.

15        Q    Okay.  Who is paying for that?

16        A    My company has paid for it all the time.

17        Q    Which company?

18        A    Engineered Concrete.

19        Q    Okay.  And do you recall if Engineered

20   Concrete paid for health insurance for Mr. Davis or

21   for Mr. Ryan?

22        A    Paid for both of them, yes.  I know we did

23   because I just realized for the first time not too

24   long ago that for my nephew alone was $36,000 a year.

Page 63

1    **Q**    Wow.  Okay.  Do you know if you are still

2    paying health insurance to this day for either of

3    them?

4    **A**    We stopped those insurances because we don't

5    have any work, and there is no way I can keep up that

6    kind of thing.  I just can't do that.  So we stopped

7    it.  I think Brian is on his wife's insurance now.

8    That's what I understand.  I just told him, I can't

9    do this anymore.

10                  That's a lot of money, $36,000.  Some

11   people don't earn $36,000, let alone I pay for their

12   insurance including dental and everything.  Anyway --

13   **Q**    You are right.  It is a lot of money.  It is

14   a lot of money.

15   **A**    Same thing was true of Shaun.  He was being

16   taken care of, too, and anyone else that was in the

17   office.

18   **Q**    Is Shaun currently on the health insurance

19   or no?

20   **A**    No, he is not, no.  As a matter of fact,

21   they just took him off workmen's comp, too, because

22   they found out he is not as bad as he supposedly was.

23   **Q**    Okay.

24                  Do you have any expectation, Frank, of

Page 64

1    Shaun coming back to work for you?

2        A    No.

3        Q    Is Brian still -- strike that.  Sorry.

4            (Pause)

5                    MR. GEIMAN:  Here is Exhibit F.

6            (Exhibit F marked for identification)

7                    MR. BOCCHINO:  Greg, do you have a

8    sense of how much longer you might be?  Because if it

9    is a logical time time to take a break, that's what I

10   am asking.

11                   MR. GEIMAN:  I think I have another

12   half hour, forty minutes if I had to ballpark it.

13                   MR. BOCCHINO:  Want to take a break?

14                   THE WITNESS:  I don't mind.  Yes, I

15   will take a break.

16                   MR. GEIMAN:  Why don't we take five,

17   ten minutes.

18           (Short recess taken)

19       Q    Frank, so before we broke I had given you

20   this document, Payroll Journal.  The first page is

21   for Frank Franzone; the second page is for Accurate

22   Engineered.  Why don't you take a look at that, and

23   let me know when you have had a chance.

24                   MR. BOCCHINO:  Is this a new

Page 65

1   exhibit?  I didn't get that.

2                    MR. GEIMAN:  I apologize.  Take

3   that.

4        Q    Okay.

5                    The reason I wanted you to take a look

6   at that, Frank, is because it shows that there was a

7   period of time where Brian Davis was receiving a

8   salary from Frank Franzone and was being paid an

9   hourly wage from Accurate.  Do you see that on each

10  page?

11       A    From Accurate?

12       Q    It looks like on the first page for Frank

13  Franzone he was getting paid -- Brian was -- a

14  salary, $1200, and then if you look at the second

15  page --

16       A    Okay.

17       Q    If you look at the second page, which is for

18  Accurate Engineered Concrete, he is getting paid his

19  hourly wage, I assume the union rate.

20       A    Mm-hmm.

21       Q    So the reason I wanted to ask you about that

22  is do you recall why Brian was receiving a salary

23  from Frank Franzone as opposed to an hourly rate?

24       A    I don't remember why.

FRANK J. FRANZONE

Page 66

1    **Q**    Okay.  Do you know if he still receives a

2    salary to this day from Frank Franzone -- or from

3    Engineered Concrete?

4    **A**    Yes, he does.  He also gets a check from

5    Accurate if he works a union job.

6    **Q**    Right.  Does he get $1200 from Engineered

7    Concrete regardless of work he may do for Accurate in

8    the course of a week?

9    **A**    No, that would not happen.  The one day that

10   he works union, he gets paid for that.  Four days he

11   gets paid out of Engineered.  They are two different

12   companies.

13   **Q**    I see.  Okay.

14   **A**    If he has been paid like that, we have got

15   to correct it and ask him to make a contribution back

16   to us.

17   **Q**    Okay.  So the $1200 salary is dependent on

18   his work for Accurate?  It could be more, could be

19   less, the salary?

20   **A**    The salary probably tells me that it's a

21   40-hour week at 30 bucks an hour.

22   **Q**    Okay.  I guess that's what I am wondering.

23   Would Mr. Davis get that 40-hour salary at $30 an

24   hour from Franzone -- from Engineered Concrete and

FRANK J. FRANZONE

Page 67

1  then receive payment from Accurate above and beyond

2  that if he worked for Accurate in the course of a

3  week?

4      A    Is this the same timeframe?

5      Q    Mm-hmm, it is, yes.

6      A    I don't know why.  I don't know why he would

7  get two checks, one that exceeds the dollar value,

8  you know, that he gets in his regular job, which is

9  the Engineered.  That wouldn't make any sense to me

10 unless someone screwed up in my office and gave him a

11 check.

12          Okay.  Anything else on this?

13     Q    Just one more question.  So it's your

14 understanding then that regardless of where he works,

15 Mr. Davis is to receive a $1200 salary a week?

16     A    No, that's not what I said.

17     Q    Please tell me.

18     A    If he worked a union job, he gets that one

19 day.  If he works two days, he gets two days.  Those

20 two days are deleted from his pay from Engineered

21 Concrete Products.  So he might make a thousand

22 dollars for two days and might make a thousand

23 dollars for three days.  I don't know exactly how the

24 number comes out.

FRANK J. FRANZONE

Page 68

1    **Q**    Okay.

2    A    I know it comes out to more if he does a

3    union as well as a nonunion job.  That I know.

4    **Q**    And that's my confusion.  That would imply

5    that he is receiving an hourly rate from Engineered

6    Concrete as well, which goes up or down based on the

7    number of hours --

8    A    That's correct.

9    **Q**    -- for Engineered.

10            So is salary not the right description

11   for what he receives from Engineered Concrete?

12   Salary connotates a set amount every single week.

13   A    Well, then it wouldn't be considered a

14   salary, would it.  It would be considered the hours

15   that he works he gets paid based on a $1200 week and

16   taking out whatever he earns with the union.  That

17   would be my explanation.

18   **Q**    Okay.

19            And the last exhibit I have for you to

20   take a look at -- and I do have four copies.  This is

21   Exhibit G.

22            (Exhibit G marked for identification)

23   **Q**    You can take a quick look at this as well,

24   Frank.  This is another Payroll Journal, again same.

Page 69

1     A     This is in reference to Ryan.

2     Q     Yes, this references Shaun Ryan, and I want

3  to point out this is Frank Franzone only.  This shows

4  a week in 2012 for Frank --

5     A     They are both Frank J. Franzone, Inc.

6     Q     Yes, exactly.  The only difference between

7  these two is the timing.  One is a week in 2012, and

8  the second is a week in 2013.  The reason that I

9  point this out or I want to ask you about it is in

10 2012 Shaun appeared to be receiving a salary.  It's

11 unclear whether all of his hours in this week were

12 worked for Franzone or not, but putting that aside,

13 he received $1200 for the week, and then in 2013 for

14 Franzone he was receiving an hourly rate.

15             My question is, do you recall why he

16 was receiving a salary at one point and then an

17 hourly wage a year later?  Was there a discussion

18 with him?  Was there a reason for this change?

19     A     I don't remember.  I truly don't remember.

20 I wish I could.

21     Q     Okay.

22             To the best of your recollection,

23 Frank, when Shaun stopped working for you before he

24 went out on worker's compensation this year, was he

1   getting an hourly rate from Franzone, from Engineered

2   Concrete, or was he back on the salary?

3       A    I don't remember that either.  I really

4   don't know.

5       Q    Okay.  That's fine.

6            (Pause)

7       Q    Okay.  Frank, does Engineered Concrete do

8   any work for union contractors that you are aware of

9   even if the job is not considered a union job?

10      A    Today?

11      Q    At any point since --

12      A    Would you repeat the question?  I am sorry.

13      Q    Of course.

14           Can you recall any time that Engineered

15  Concrete worked on a job for a union contractor but

16  it wasn't considered a union job?  It wasn't a

17  prevailing rate job, wasn't a state job or a town

18  job.

19      A    No.

20      Q    Okay.

21           When Brian Davis or Shaun Ryan go to

22  work on a Franzone job -- on an Engineered Concrete

23  job -- I will eventually get that through my head.

24      A    No, you won't.

Page 71

1       Q      You are right.  No, I am not.

2              Have they ever to your knowledge been

3     asked for their union book?  Have either of them ever

4     told you that they were asked for their union book on

5     a Franzone -- on an Engineered Concrete job?

6       A      No.  Engineered Concrete would be a nonunion

7     job anyway.  So why would anyone ask them for a card?

8     Have they ever been asked on a union job?  I have no

9     idea.  I am not there.  I would assume they probably

10    have been.

11      Q      Okay.

12             You mentioned S&F Concrete.

13      A      Yes, sir.

14      Q      Which is, as you know, a union signatory.

15      A      Absolutely.

16      Q      Has Franzone -- has Engineered Concrete ever

17    worked for S&F Concrete that you can recall?

18      A      Not until this time, never.  I know the man.

19    He put me onto a couple of jobs, as a matter of fact,

20    some years ago with Moriarty Construction.

21      Q      As Engineered Concrete or as Accurate?

22      A      That was Engineered Concrete.  I don't think

23    Moriarty was union at the time.  Might have been.  I

24    don't remember.  I know it was in Watertown

FRANK J. FRANZONE

Page 72

1   someplace, the industrial park.  That's all I

2   remember.

3       **Q**    Was S&F Concrete a subcontractor to Moriarty

4   on that job?

5       A    No.  They were supposed to be the contractor

6   for leveling some floors in a large building, and

7   they couldn't do it because they didn't have the

8   product.  So I got called in.

9       **Q**    I see.  So you --

10      A    Rodney let the job go.  He says, I can't do

11  this, Frank.  Why don't you do it on your own.

12  That's fine.  That was okay.

13      **Q**    So you did the work in lieu of S&F Concrete?

14      A    Yes, yes.

15      **Q**    Okay.

16           You had mentioned that Brian Davis is

17  your nephew.

18      A    Yes.

19      **Q**    I think you also mentioned that your

20  brother-in-law, Ralph Gaeta, was an officer at some

21  point?

22      A    I think that's an error.

23      **Q**    Okay.

24           Besides Brian and Ralph, were there any

FRANK J. FRANZONE

Page 73

1   other family members of yours at any time that worked

2   for either Franzone -- Engineered Concrete or

3   Accurate?

4        A    No.

5        Q    You had mentioned that you own the building

6   that Accurate and Engineered Concrete work out of.

7        A    Yes.

8        Q    Do you receive rent from those two entities?

9        A    The only time I ever received rent was just

10  recently, and prior to that, yes, we split the rent

11  between Engineered Concrete and Accurate Engineered.

12  Each one of them paid me a yearly rent, which was way

13  less than what I could get today.

14       Q    I am sure.  I don't doubt it.  Do you recall

15  how much last year?

16       A    I think it was $28,000 per company, $56,000

17  for the year.

18       Q    Okay.  And in 2017 that would be your guess

19  as to --

20       A    Yes.  Never changed it.  It's always been

21  the same.

22       Q    Okay.  And is Maxxon now paying rent?

23       A    Yes.  They pay 5900 per month for half the

24  space, not even half the space.  My building is

1    9500 square feet.

2        Q    Okay.  Did Maxxon purchase equipment as

3    well?

4        A    Some of the equipment, yes, that goes with

5    what they do, gypsum.

6        Q    Okay.  The equipment that they purchased,

7    Frank, was that equipment that had previously been

8    owned by Engineered Concrete or Accurate or both?

9        A    Engineered Concrete.

10        Q    Just Engineered Concrete?

11        A    Right, exactly.

12        Q    Okay.  What else was part of that purchase

13    from Maxxon?

14        A    That's it.

15        Q    Just the equipment?

16        A    The equipment and my name.  They kept the

17    name.  They could have named it anything they wanted

18    to.  I think it was easier for them to keep

19    Engineered Concrete because we have been out there

20    for 32, 33 years doing gypsum.

21        Q    All right.  Was there any discussion with

22    Maxxon about a purchase of the union business as well

23    of Accurate?

24        A    No.  I asked them about that because I was

FRANK J. FRANZONE

Page 75

1    interested myself as to whether or not they would

2    pursue union work.  They said no.

3        Q    Okay.

4        A    That doesn't mean anything.

5        Q    Okay.

6        A    That only means if a job came across that

7    they could handle and had some union people -- I

8    think they have some union people at some of their

9    other companies.  They have one down in Connecticut.

10   Maybe they would be interested in taking on some

11   union work.  The fellow that has most of that tied up

12   today is SPS.

13       Q    They do a lot of work.

14       A    Yes, I know.  He is the one I gave mine off

15   to.

16       Q    Right.

17            Do you have any plans, Frank, to sell

18   or to seek to sell the assets of Accurate Engineered

19   Concrete?

20       A    I don't think there are any.  No, I don't.

21       Q    Is there some equipment that's owned by

22   Accurate exclusively?

23       A    Yes, there is a few pieces.

24       Q    What kind of pieces, if you recall?

FRANK J. FRANZONE

Page 76

1    A    There is an old pump.  I just related to it

2  a short while ago.  We just bought a part for it.

3    Q    That's the one that needed maintenance?

4    A    Those pumps are different from other pumps

5  by the way.  They are not valued -- you know, they

6  are not the $3 million pumps that F & S uses or used

7  to use or any of those guys.  They are not that kind

8  of pump at all.

9    Q    Right.

10    A    Actually we could do some of our work with a

11  Gypsymatic II, which is a gypsum machine, because it

12  has the same type of construction in the machine.

13  That's basically it.

14    Q    Okay.  So besides the old pump, anything

15  else that Accurate --

16    A    We have got a volumetric machine.  Yes, we

17  have a volumetric machine.  That's maybe 25-years

18  old.  I bought -- when I did my first union job in

19  New York and I was nonunion -- and they took me

20  because I was the only guy that could do it.

21    Q    Good.

22    A    Pretty good.

23    Q    High compliment, yes.

24    A    The company was doing $3 billion a year at

FRANK J. FRANZONE

Page 77

1  that time.

2              MR. BOCCHINO:  Frank.

3      A    Okay.  What else?

4      Q    Any vehicles owned by Accurate that you are

5  aware of?

6      A    No.

7      Q    Okay.  When --

8      A    Well -- no.  The pickup truck belongs to

9  Engineered.  We kept that.

10     Q    Okay.

11             When Brian or Shaun would go to a job,

12 even if it was an Accurate job, would they use an

13 Engineered Concrete truck to drive to and from?

14     A    More than likely, yes.  They did, yes.

15     Q    Okay.  And there were times, I would

16 imagine, where they used Engineered Concrete

17 equipment on an Accurate job or vice versa?

18     A    Yes, that was absolutely true.  We had a

19 flatbed, and if we needed other equipment, we would

20 put it on a flatbed and take it out to a job.

21     Q    Okay.

22             The equipment only by Accurate, Frank,

23 is there any money owed on any of it?  Do you owe any

24 banks, credit lenders, anything?

FRANK J. FRANZONE

Page 78

1    A    No.

2    Q    Okay.  Do you know if there is any blanket

3    liens by any banks?

4    A    No.

5    Q    On Accurate?

6    A    No.

7    Q    Okay.

8         (Pause)

9    Q    Would you have a copy, do you know, if there

10   is a lease that exists between yourself and Accurate

11   and --

12   A    A lease?

13   Q    A rental lease for the period of time where

14   Accurate and Engineered Concrete were your tenants in

15   the building in Haverhill?  Do you recall ever having

16   signed any paperwork?

17   A    I didn't, not even the people that are

18   there.

19   Q    Maxxon hasn't signed a lease?

20   A    No.  They want it for three months only, and

21   they sent me a check for two months, and they will

22   owe me one month, unless they decide to buy the

23   building.  That's something else.

24   Q    Have there been any discussions about Maxxon

FRANK J. FRANZONE

Page 79

1  buying the building?

2      A    I think there was, yes.  They said, no, they

3  weren't interested in it, but they were interested in

4  leasing it for a time, three months, which would take

5  us to the end of the year.

6      Q    I see.  So after the end of this year,

7  Accurate will still be a tenant, but the other side

8  of the building will be empty?  There will be no

9  tenant in that?

10     A    That's right.

11     Q    Okay.

12          (Pause)

13     Q    Were you ever actively soliciting union work

14  after you signed with Local 4, Frank, or was it just

15  a matter of you have people come to you and tell you

16  that they are either union or nonunion?

17     A    I never solicited because that just doesn't

18  happen in our industry.  Some of the guys that knew

19  me, they would call me, you know, and that's how I

20  was on a job with them.  Other than that, no, I never

21  physically looked.  I never did that.

22          Customers I had had before and worked

23  for, they would call me and say, Frank, we have a job

24  coming up, and I would like you to take a look at it.

Page 80

1       In some cases we won them.  There

2  wasn't a lot.

3           MR. BOCCHINO:  You answered the

4  question.  That's good.

5      **Q**    Okay.

6           Do you consider, Frank, the work that

7  Engineered Concrete does to be the type of work that

8  Local 4 operators do?

9      A    No.

10     **Q**    How so?

11     A    Well, I think my work should have gone to a

12 concrete finishing company, like S&F.  It started off

13 with gypsum companies because gypsum makes the

14 product.  That was a mistake when back when.  They

15 should have looked for people that were in the

16 structural concrete aspect of the business because it

17 just relates one to the other.

18     **Q**    Okay.  But when Brian or Shaun would go and

19 do work for Engineered Concrete, or if they were to

20 go do work for Accurate, was there any substantial

21 difference?

22     A    No.

23     **Q**    In the type of work they were doing?

24     A    None.  Exactly the same.

FRANK J. FRANZONE

Page 81

1    **Q**    Exactly the same.  And do you agree that the

2    work Accurate was doing was covered by the collective

3    bargaining agreement with Local 4?

4                    MR. BOCCHINO:  Objection.

5    **A**    Repeat it again, please.  I am sorry.

6    **Q**    Do you agree that the work Accurate

7    Engineered did and continues to do is the type of

8    work covered under your agreement with Local 4?

9                    MR. BOCCHINO:  Objection.

10   **A**    No.

11   **Q**    Why not?

12   **A**    Well, first off, they were two different

13   things.  One is a union job, and one is a nonunion.

14   **Q**    I am talking about Accurate, the union jobs.

15   I am talking about what you consider to be the union

16   jobs, the work that was done for Accurate.  Is that

17   work in your estimation, in your opinion that is

18   covered under the collective bargaining agreement

19   with Local 4?

20   **A**    I don't know.  I don't know.

21   **Q**    Okay.

22                    Let me ask you to refer back to

23   Exhibit B.  I think you have it in front of you

24   there.  If you could take a look at page 20.  It

Page 82

1    should be the same page as you were on earlier.

2        A    Twenty?

3        Q    Yes.

4        A    Okay.

5        Q    There you go.  If you can take a look under,

6    Scope of Employment, Section 1, and just read that

7    paragraph, not out loud.

8        A    Up here?

9        Q    Yes.  Read that to yourself.

10           (Pause)

11        Q    Let me know when you are done.

12        A    Yes, sir.

13        Q    Okay.  Is the type of work that Accurate

14    Engineered Concrete does described in this provision?

15        A    No.

16        Q    How so?

17                MR. BOCCHINO:  Objection.  That's

18    the answer, Greg.

19        A    It's totally different.  I had to do all

20    this stuff, operate -- it's equipment operation

21    basically.

22        Q    Is the work that Brian and Shaun have done

23    in the past for you equipment operation?

24        A    Different all together.  You are talking

Page 83

1   about heavy-duty and talking about minimal, you know,

2   really -- no, I don't agree with that at all, not

3   what I just read anyway.

4       Q    Tell me --

5       A    I used to have a license to drive and

6   operate the equipment.

7                   MR. BOCCHINO:  Just answer his next

8   question.

9       Q    Tell me about the kinds of jobs that

10  Accurate Engineered Concrete does.

11      A    Generally floor fill.

12      Q    Floor for buildings?

13      A    Referring to gypsum, floor fill.  That's all

14  it is.

15      Q    So floor meaning --

16      A    Floor fill, three-quarters of an inch,

17  an inch, depending on what they want.

18      Q    What kind of projects would that be on?

19      A    Residential, generally apartment buildings,

20  condominiums, sometimes an old rehab.

21      Q    Okay.

22           (Pause)

23      Q    I am going to ask you to take a look at

24  page 41 of the document.

Page 84

1      A    Same document here?

2      Q    Yes, please.

3           (Pause)

4      A    Yes, sir.

5      Q    You see the Section C, Article II,

6   "Jurisdiction," under the subheading "Jurisdiction"

7   on page 41?

8      A    I am looking at overtime special provisions.

9      Q    Look above.

10     A    Above, "Jurisdiction."

11     Q    See where it says "Jurisdiction"?

12     A    Okay.

13     Q    Take a look at that.

14          (Pause)

15     A    Okay.

16     Q    You see there the mention of concrete

17  mixers, concrete pumps, concrete pavers?  Is this the

18  type of equipment that your men used?

19     A    No.

20              MR. BOCCHINO:  Where do you see

21  that?

22     A    No.  If we had a concrete mixer, we would

23  have asked a concrete company to come in and pour

24  concrete for us.

Page 85

1              MR. BOCCHINO:  Just point for me.

2              MR. GEIMAN:  Concrete pumps,

3    concrete pavers, concrete finishing machines

4    (indicating).

5              MR. BOCCHINO:  And what's the

6    question?

7        Q    And concrete mixers I should also point out

8    in the fourth line.

9              What I am asking is whether this is

10   equipment that Accurate Engineered Concrete used --

11       A    No.

12       Q    -- on its jobs.

13       A    No.

14       Q    What kind of equipment does Accurate

15   Engineered Concrete use?

16       A    I call them mono pumps, if you are talking

17   about a pump.

18       Q    Pumps are listed, if you take a look under

19   "Jurisdiction," the third line, machinery operated by

20   steam or mechanical power, including pumps,

21   compressors.

22       A    Steam, no.

23       Q    Or mechanical power.

24       A    Excuse me?

FRANK J. FRANZONE

Page 86

1    **Q**    Or mechanical power.

2    A    I don't understand the question.

3    "Mechanical power," what does that mean?

4    **Q**    It means that there is equipment that men

5    are operating mechanically.

6    A    Yes.  Okay.

7    **Q**    All right.

8         (Pause)

9              MR. BOCCHINO:  Wait for a question.

10   **Q**    The last thing I will ask you is to take a

11   look at, Frank, in this document is on page 55.  It's

12   Section 2 at the bottom of the page.

13   A    You said 55?

14   **Q**    Yes, Section 2, highlighted Section 2.

15   A    Read that?

16   **Q**    Yes.  Let me know when you are done.  You

17   don't need to read the subsection a.

18        (Pause)

19   **Q**    So the collective bargaining agreement

20   contains a provision that fringe benefit

21   contributions are to be remitted to the Funds for

22   every payroll hour for work by a person covered by

23   the agreement.

24              Are you aware generally of that

FRANK J. FRANZONE

Page 87

1    obligation?

2         A    No, I don't think I have ever seen this.

3         Q    So you are not aware of the obligation to

4    pay fringe benefit contributions?

5         A    No.

6         Q    Okay.  Who in your office would have been

7    aware of that obligation?

8         A    I don't know.  It could be Cynthia, but I

9    don't know that either.  It could be.  You are asking

10   a question, and I am trying to give you the answer.

11        Q    I understand.

12             Has Cynthia ever spoken with you about

13   the payment of fringe benefit contributions?

14        A    No.

15        Q    So you are not aware of the obligation to

16   pay contributions to the Funds?

17        A    We do when they are paid, don't we?

18        Q    Well, that's what I am asking, if you are

19   aware of that obligation.

20        A    If we are making out a check for somebody

21   for a number of hours, there are fringe benefits they

22   are getting, too, aren't they?

23        Q    For Accurate?

24        A    Yes.

FRANK J. FRANZONE

Page 88

1    **Q**    But not for Engineered Concrete, correct?

2    A    No, no, there is no fringe benefits for a

3    nonunion company.

4    **Q**    Okay.

5            Is Accurate or has Accurate or

6    Engineered Concrete made any payments to Shaun or

7    Brian in lieu of contributions to compensate them for

8    pension or annuity money they may have lost?

9            MR. BOCCHINO:  Objection.

10   A    No.

11   **Q**    Okay.

12           In your estimation, Frank, was Accurate

13   seeking to avoid an obligation to remit contributions

14   for operators?

15           MR. BOCCHINO:  Objection.

16   A    No, absolutely not.

17           MR. GEIMAN:  Okay.  I have no

18   further questions.

19           MR. BOCCHINO:  No questions.

20

21           (Off the record at 1:39 PM)

22

23

24

Page 89

1              C E R T I F I C A T E
2         I, FRANK J. FRANZONE, do hereby
certify that I have read the foregoing transcript
3 of my testimony and further certify that to the
best of my knowledge said transcript is true and
4 accurate (with the exception of the following
corrections listed below):

5
6  Page  Line       Correction and Reason for Change
7 ---------------------------------------------------
8 ---------------------------------------------------
9 ---------------------------------------------------
10 ---------------------------------------------------
11 ---------------------------------------------------
12 ---------------------------------------------------
13 ---------------------------------------------------
14 ---------------------------------------------------
15 ---------------------------------------------------
16      Dated this ____ day of _____, 2018.
Signed under the pains and penalties of perjury.

17
18         _____
                FRANK J. FRANZONE
19
20      Sworn to and subscribed before me this _____
day of _____, 2018.

21
22         _____
                Notary Public
23              My commission expires:
24

FRANK J. FRANZONE

Page 90

1   COMMONWEALTH OF MASSACHUSETTS   )
2   NORFOLK, SS.                 )
3
4
5
6
7

8            I, DIANE L. McELWEE, Certified Shorthand
Reporter and Notary Public in and for the
Commonwealth of Massachusetts, do hereby certify
9   that there came before me on the 13th day of
November, 2018, at 11:44 AM, the person
10  hereinbefore named, who was by me duly sworn to
testify to the truth and nothing but the truth
11  touching and concerning the matters in controversy
in this cause; that there was an examination under
12  oath and the examination was reduced to transcript
form under my direction and that the deposition is
13  a true record of the testimony given by the witness.
14           I further certify that I am neither
attorney nor counsel for, nor related to or employed
15  by any of the parties to the action in which this
deposition is taken; and further that I am not a
16  relative or employee of any attorney or counsel
employed by the parties hereto or financially
17  interested in the action.
18           In witness whereof, I have hereunto set
my hand and seal this _____ day of November, 2018.
19
20
21                   _____
                   DIANE L. McELWEE, Notary Public
22                   My commission expires:
23                   December 17, 2021
24