EXHIBIT F

Volume I
Pages 1 to 43
Exhibits A to D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
GINA M. ALONGI, AS SHE IS ADMINISTRATOR,
INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 4 HEALTH AND WELFARE
PENSION, ANNUITY AND SAVINGS FUNDS,
LABOR-MANAGEMENT COOPERATION TRUST AND
HOISTING AND PORTABLE ENGINEERS LOCAL 4
APPRENTICE AND TRAINING FUND,
            Plaintiff(s),
    v.                              Civil Action
                                    No. 17-12419 RWZ

ACCURATE ENGINEERED CONCRETE, INC.
AND FRANK J. FRANZONE, INC.
            Defendant(s).

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

    DEPOSITION OF CYNTHIA C. ZANGARI, a witness
called by counsel for the Plaintiffs, taken pursuant
to the applicable rules, before Diane L. McElwee,
RMR, Certified Shorthand Reporter and Notary Public
in and for the Commonwealth of Massachusetts, at the
Offices of IUOE Local 4, 16 Trotter Drive, Medway,
Massachusetts, on Tuesday, November 13, 2018,
commencing at 10:08 AM.

FLYNN REPORTING ASSOCIATES
Professional Court Reporters
508.755.1303  *  888.244.8858
www.flynnreporting.com

1   PRESENT:

2       INTERNATIONAL UNION OF OPERATING ENGINEERS
        Local 4
3       Health and Welfare, Pension and Annuity Funds
        16 Trotter Dr., P.O. Box 680
4       Medway, MA 02053
        by Gregory A. Geiman, Esq.
5       ggeiman@local4funds.org
        for the Plaintiffs

6

        BOCCINO LAW
7       103 Grover St.
        Beverly, MA 01915
8       by Amato J. Bocchino, Jr., Esq.
        amato@bocchinolaw.com
9       for the Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

I N D E X

_____

WITNESS:          DIRECT     CROSS     REDIRECT     RECROSS

_____

CYNTHIA C. ZANGARI

  by Mr. Geiman       5


E X H I B I T S

No.                                                    Page

A          Payroll Registers, 9/3/17 to        17
           9/9/17, two pages

B          Letter dated 12/14/2009 to Plan      23
           Participants from Operating
           Engineers Local 4, two pages,
           front and back

C          Payroll Journal with YTD,            29
           Check Date 9/6/2013, three pages

D          Accurate Engineered Concrete,        33
           Hours Worked Through
           December 2017, eight pages

1                    P R O C E E D I N G S

2

3                    MR. GEIMAN:  Welcome, Cynthia.  My

4     name is Greg Geiman.  We met earlier.  I am counsel

5     to the plaintiffs, in this matter the Operating

6     Engineers Local 4 Funds, and I appreciate your coming

7     in today.

8                    Amato, we will agree to reserve

9     objections except as to form until trial?

10                   MR. BOCCHINO:  Yes.

11                   MR. GEIMAN:  And waive the

12    requirement that Cynthia need to sign and read the

13    deposition.  She certainly may but just to waive the

14    requirement that she do so.

15                   MR. BOCCHINO:  She would like the

16    30 days to read it.  I think what you are asking,

17    Greg, is you want to waive the requirement that she

18    has to sign in front of a notary.

19                   MR. GEIMAN:  Yes.

20                   MR. BOCCHINO:  Which I am fine with,

21    if that's your question.

22                   MR. GEIMAN:  I am sorry.  Yes, it

23    is.  Okay.

24                   MR. BOCCHINO:  Yes.

1    CYNTHIA C. ZANGARI, a witness identified and sworn,

2          was examined and testified as follows:

3                    DIRECT EXAMINATION

4    BY MR. GEIMAN:

5        Q    Cynthia, if you need a take a break at any

6    point, please let us know.  We will go off the record

7    and let you go use the restroom, get a bottle of

8    water, whatever you need.

9        A    Okay.

10       Q    Okay.  If you need me to repeat or restate a

11   question, please feel free, you know, to let me know,

12   and the only other reminder is that any response

13   needs to be verbal.  No shaking yes or no, anything

14   like that.

15       A    Yes.

16       Q    Okay.

17                  Cynthia, would you please state your

18   name for the record?

19       A    Cynthia Zangari.

20       Q    Okay.  Cynthia, what is your home address?

21       A    270 Broadway, Haverhill, Massachusetts.

22       Q    Okay.  And you are currently, Cynthia, an

23   employee of Accurate Engineered Concrete?

24       A    No.  I am an employee of Frank J. Franzone,

1    Inc.

2        Q    Okay.  And what is your position currently

3    with Frank J. Franzone, Inc.?

4        A    I oversee all day-to-day activities,

5    scheduling, proposals.

6        Q    Do you have a job title per say, or are you

7    sort of just whatever comes along?

8        A    No, no title.

9        Q    Okay.  And do you currently have any role

10   with Accurate Engineered Concrete?

11       A    Well, the two companies were intertwined.

12   Yes, I did, but I was employed by Frank J. Franzone.

13   That's who my paycheck came from.

14       Q    And I just want to clarify because you are

15   using past tense.  You are still employed by Frank J.

16   Franzone?

17       A    Yes.

18       Q    At any point were you employed by Accurate

19   Engineered Concrete?

20       A    I got a bonus check from there on a good

21   year.

22       Q    And do you know or do you recall what the

23   purpose of the bonus check was, why you received it?

24       A    Probably from the results of the job we

completed.

Q    Okay.  And if you recall, what is the address for Frank J. Franzone's principal place of business?

A    34 Newark Street, Haverhill, Massachusetts.

Q    Okay.  What type of work does Frank J. Franzone, Inc., perform?

A    We do concrete underlayment and lightweight cellular concrete.

Q    And how long have you been employed by Frank J. Franzone?

A    Since June 1, 2006.

Q    Okay.  Where were you before that?

A    I was a real estate agent and basically took care of my mother before she passed away.

Q    Okay.  Do you recall how you became employed by Frank J. Franzone?  Was it an advertisement or word of mouth?

A    It was a request by Mr. Franzone.

Q    So did you know Mr. Franzone before becoming employed?

A    Yes.  My sister was employed by him, and she moved, and he asked if I would come on board, which was for a temporary basis.

1    Q    I see.  Twelve years temporary?

2    A    Exactly.

3    Q    Okay.  And your sister is no longer employed

4    by Mr. Franzone?

5    A    Just if I needed coverage.

6    Q    I see.  Okay.

7         What's the geographic region generally

8    in which Franzone performs its work?  And I should

9    clarify.  When I say "Franzone" going forward, I will

10    mean Frank J. Franzone, Inc.

11    A    Basically Northeast.

12    Q    Okay.  So outside of Massachusetts?

13    A    Maine, Vermont, New Hampshire, yes, East

14    Coast.

15    Q    Okay.  And are you familiar at all with

16    Accurate Engineered Concrete's work jurisdiction as

17    well?  Do you know where their jobs are generally?

18    A    Yes, New York, New Jersey, Massachusetts,

19    the same area.

20    Q    Same area.  Okay.  And where is Accurate

21    Engineered Concrete's principal place of business?

22    A    36 Newark Street, Haverhill, Massachusetts.

23    Q    So next door to each other?

24    A    It's one building.

1      **Q**    It's one building.  Thank you.  Do you know

2  who owns the building?

3      A    Newark Street, LLC.

4      **Q**    Are you aware if Frank J. Franzone, Inc.,

5  and Accurate Engineered Concrete have a lease to work

6  within that building?  Is there any sort of --

7      A    They pay rent.

8      **Q**    They do pay rent.

9          If you know, Cynthia, who handles the

10  payroll and accounts payable for Accurate Engineered?

11      A    I do.

12      (Deponent's phone sounded)

13          MR. GEIMAN:  Off the record.

14      (Discussion off the record)

15      **Q**    Okay.  Cynthia, I apologize because this is

16  more for clarification purposes, and I think you have

17  answered this question already:  You do not receive a

18  paycheck from Accurate Engineered Concrete?

19      A    Not a regular paycheck.

20      **Q**    Just an occasional bonus check?

21      A    (Witness nodded).

22      **Q**    Okay.  Thank you.

23          Have you been responsible for the

24  Accurate payables and accounts payable since June 1st

of 2006?

     A     Yes.  It gets called in.  Payroll gets called into an outside company.

     Q     Okay.

          Who oversees, Cynthia, the labor expenses for each company to the extent that there are any?  And by "labor expenses" I mean fringe benefit contributions, prevailing wage, things like that.

     A     I do.

     Q     Are you familiar, Cynthia, with what Local 4 refers to as remittance reports?

     A     Yes.

     Q     Okay.  And do you fill those reports out on a month-to-month basis?

     A     I fill the reports out.

     Q     Who provides you, Cynthia, with the hours to put on those reports on a month-to-month basis?

     A     Based on the payroll for what the workers work.

     Q     So if somebody -- if a Local 4 operator worked, let's say, eight hours in a given month for Accurate Engineered Concrete, you are just pulling that from the payroll and paying the fringe benefit

1  contribution on that basis?

2      A     Right.

3      Q     Okay.

4              Are you familiar, Cynthia, with union

5  rate sheets?

6      A     Yes.

7      Q     Okay.  And are you generally the recipient

8  of those union rate sheets?

9      A     Yes.

10     Q     Cynthia, who sets employee work schedules

11 for Franzone?

12     A     Work schedules are based on work activity,

13 and that basically would be -- I would be told how

14 many people need to be on a job by Frank's proposals.

15     Q     Does Frank do the bidding for Franzone?

16     A     Yes, he does.

17     Q     Does Frank do the bidding for Accurate?

18     A     Yes, he does.

19     Q     Okay.

20              If Franzone or Accurate wins a job, you

21 then assign operating engineers to that job based on

22 the bid; is that correct?

23     A     Yes.

24     Q     Okay.  Are you familiar with the process of

1 how bids are made?  Do you have any hand in that

2 process?

3      A     Simple.  A plan would come in.  Frank would

4 do a take-off.  He would then get the square footage

5 type of thing, depending on the type of job it was.

6 He would prepare a bid.  Numbers would be checked.

7 A proposal is sent.

8              Basically that's how a bid becomes -- I

9 mean a request for a bid becomes a proposal.

10      Q     Okay.  And are you familiar, Cynthia, as to

11 the process of how Frank decides or you decide or you

12 decide in conjunction whether a bid is for Accurate

13 or for Franzone?

14      A     Basically it is asked, Is this a union or a

15 shop job.

16      Q     Asked of whom?

17      A     Of whoever is requesting the bid.

18      Q     Okay.

19      A     There are companies that do come in that are

20 both union and open shop.  They will say, This is a

21 union job.

22      Q     Okay.  Do you know the basis on which they

23 tell you that it's a union job?

24      A     Usually it's right on their bid.  The sheets

1  we get now are from all different companies, you

2  know, contracting companies.  They smart bid.  There

3  is so many of them right now.  Smart bid is one.  I

4  can't even think of them right offhand.

5     **Q**    Okay.

6     **A**    But usually that will state on it what the

7  requirements are.

8     **Q**    Right.  Okay.

9           Do you recall if Accurate and Franzone

10 have ever worked on the same job?

11    **A**    No.

12    **Q**    No.  So to your recollection anyway,

13 Accurate has never worked as a subcontractor for

14 Franzone or vice versa?

15    **A**    Never, never, separate entities.

16    **Q**    Okay.

17           So let's go back to the Franzone office

18 for a second.  Is there anybody on a day-to-day basis

19 there besides yourself and Frank?  Are there any

20 other employees?

21    **A**    On occasion, like, my sister would come in

22 to help me, because she is retired.

23    **Q**    Okay.  But nobody else?

24    **A**    No.

1    **Q**    And what about Accurate?  Is that true of

2    Accurate as well generally, just you and Frank and

3    then your sister occasionally?

4    A    Not for Accurate.

5    **Q**    So your sister comes in to help just for

6    Franzone?

7    A    Yes, just to help in the office.  It is one

8    office.

9    **Q**    Right, right.

10             What is the purpose of the two

11   different offices within the same building?

12   A    They are not two separate offices.  We are

13   one building, and it's open.  The only difference is

14   the work is one company, and the other work is the

15   other company.  That's it.  It's one office.

16   **Q**    So even though one has an address of 34 and

17   the other is 36, everything is really run out of the

18   same --

19   A    Yes, it is.

20   **Q**    Okay.

21             Just to ask again about the bid

22   process, have you ever had a circumstance in which a

23   job has been bid and the contractor doesn't have an

24   answer as to whether it should be a union or a

1  nonunion --

2      A    No.

3      Q    They always have a preference or an answer

4  to that question?

5      A    Yes.

6      Q    Okay.  Do you or Frank ever independently

7  research whether a job would be considered in your

8  estimation a union job or not?

9      A    No.

10     Q    You just take it on face value basically?

11     A    On what I am told.

12     Q    Okay.

13          Let's talk a bit about work forces,

14  because it sounds like you do have some

15  responsibility for assigning workers to the jobs

16  again based on the terms of the bid and what the bid

17  says.  How many operating engineers does Franzone

18  employ currently, do you know?

19     A    Currently we have one.

20     Q    And what is that person's name?

21     A    Brian Davis.

22     Q    Okay.  And how about Accurate?  How many

23  operating engineers does Accurate currently employ?

24     A    Brian Davis.

1    **Q**    Okay.

2             Going back -- I will go back to 2006.

3    Tell me if you are not able to recall.  You know,

4    certainly don't give me a definitive answer if you

5    don't know with certainty.  Is Brian Davis the only

6    operating engineer that Franzone or Accurate has

7    employed?

8    **A**    No.

9    **Q**    Do you recall any others?

10   **A**    Shaun Ryan.

11   **Q**    Did both Franzone and Accurate employ Shaun

12   Ryan at different times?

13   **A**    Yes.

14   **Q**    Are there any other operating engineers you

15   recall?

16   **A**    No.

17   **Q**    You said currently it's just Brian Davis.

18   Do you recall when Shaun Ryan stopped working for

19   either company?

20   **A**    He is on worker's comp.  So currently, no,

21   he is not employed.

22   **Q**    Do you recall generally when he last worked

23   for either company?

24   **A**    The first week in May.  I do not have a

definitive date.

Q    Okay.  May of 2018 to be clear?

A    Yes.

Q    How are Mr. Davis and Mr. Ryan -- and for our present purposes we will just, you know, assume Mr. Ryan is still an operating engineer that works for Franzone and Accurate even though he is currently on worker's comp.  How would they be paid?  Would they be paid -- strike that.  I am sorry.

On whose payroll would each of those gentlemen be paid?

A    Depending on what job they worked on would depend on what payroll they were paid on.

Q    Accurate job, Accurate paycheck?

A    Engineered payroll, Engineered paycheck.

Q    I am going to ask you to take a look at a document here.

MR. GEIMAN:  Please mark this as Exhibit A.

(Exhibit A marked for identification)

MR. GEIMAN:  If we can take a break for one minute.  I have additional copies in my office.

(Short recess taken)

1    **Q**    Okay.  Cynthia, do you recognize this

2    document?

3    **A**    It's a payroll register.

4    **Q**    And the first page I had provided you

5    appears to be a payroll register for Frank J.

6    Franzone, Inc., for the first week in September; is

7    that right?

8    **A**    Yes.

9    **Q**    And on the second page would be a payroll

10   register for Accurate for that same week; is that

11   right?

12   **A**    Yes.

13   **Q**    We highlighted, just for efficiency's sake,

14   the entries for Brian Davis and Shaun Ryan, and it

15   would appear that they have hours on each payroll

16   during that week.  Could you walk me through how this

17   would work and why they have these hours?

18   **A**    Sure.

19            During that week they worked one job

20   that was a union job, Accurate.  They were paid eight

21   hours on Accurate.  The rest of the week they worked

22   24 hours for Engineered.  There was a holiday, and

23   they had overtime.

24            MR. BOCCHINO:  I am just going to

1 throw out that when Cynthia says "Engineered" she

2 means Frank J. Franzone, Inc., Frank J. Franzone,

3 Inc., d/b/a Engineered -- whatever it is.

4           THE WITNESS:  Yes.  Sorry.

5           MR. GEIMAN:  Right.  I appreciate

6 the clarification.

7     A     So they worked a total of it looks like

8 32 hours.  There was a holiday.  They worked

9 36 hours.  The overtime hours was on a Frank J.

10 Franzone, Inc., job.  That's how I was told to pay

11 them.

12     Q     Okay.  And who tells you how to make a

13 payment?

14     A     Frank.

15     Q     Okay.  So the fringe benefit contributions

16 for that week would have been paid only on the

17 eight hours for Accurate?

18     A     Yes.

19     Q     Do you know, Cynthia, if Mr. Davis and

20 Mr. Ryan -- and I don't mean specifically this week

21 but just generally -- would receive payment for time

22 spent traveling to and from the job?

23     A     They always got an eight-hour day when they

24 worked a union job.  If they worked ten hours, they

1   got eight hours, two hours, but they were basically

2   driving in in Frank J. Franzone vehicles.

3        **Q**    Okay.  So even if they were going to an

4   Accurate job, they were in Frank Franzone --

5        A      -- vehicles.

6        **Q**    Were they responsible, Mr. Davis and

7   Mr. Ryan, for -- and you will have to pardon my

8   ignorance about the concrete business.  Were they

9   responsible for cleaning the trucks in any way when

10  they were done with a job?

11       A    Not necessarily, not to my knowledge.

12       **Q**    Okay.  Do you know if there were Department

13  of Transportation inspections, anything along those

14  lines, that they would have to be present for?

15       A    Never had one.

16       **Q**    Okay.

17            Did you ever receive a complaint from

18  Mr. Davis or Mr. Ryan regarding fringe benefit

19  contributions?

20       A    Never.

21          (Pause)

22       **Q**    Do you know, Cynthia, what the wage rate is

23  currently for an operating engineer working for

24  Franzone?

1    A    Working for Franzone?

2    Q    Yes.

3    A    $30 an hour.

4    Q    Okay.  Does Franzone provide any benefits to

5    its operating engineers?

6    A    They had health insurance.

7    Q    They did.  Okay.

8         Do you know if both Mr. Davis and

9    Mr. Ryan had health insurance through Franzone dating

10   back to your start with the company?

11   A    When I started with the company, I just

12   followed suit of what predecessors had done or had

13   been done.  They were both being paid by Accurate

14   Engineered for 40 hours a week, and they didn't

15   always have insurance, but they did when I started.

16   Q    Through the union?

17   A    Yes.

18   Q    Okay.  And then -- and we will get to this

19   in a little bit.  The operating engineers, Mr. Davis

20   and Mr. Ryan, lost their health insurance through the

21   union at some point around 2009.  Is it your

22   understanding or do you know whether Accurate or

23   Franzone has paid for health insurance for those

24   gentlemen since 2009?

1   A     Off and on, yes.

2   Q     Do you know -- you say "off and on."

3   A     Brian Davis right through.  Shaun Ryan comes

4   and goes.

5   Q     And what is that based on, do you know?

6   A     Either he got laid off or chose to go work

7   somewhere else and comes back.

8   Q     I see.

9         Do you know where Mr. Ryan has worked

10  other than for Accurate or Franzone in the last

11  ten years?

12  A     No, I don't.

13  Q     You don't.  Okay.

14        Are you aware if Mr. Davis and Mr. Ryan

15  have ever worked for Accurate and Franzone on the

16  same day?  Is it possible they could go to an

17  Accurate job and then to a Franzone job?

18  A     No.

19  Q     So everything is by the day essentially?

20  A     Yes.

21  Q     Let me talk with you about Brian Davis for a

22  minute.  Does Brian Davis have a managerial function

23  with either Accurate or Franzone?

24  A     Both he and Shaun were foremen at different

times.

Q     Okay.  Do you know whether Brian Davis is an officer of either company?

A     Not to my knowledge.

Q     And Brian Davis performs work on heavy machinery to your knowledge?  That's what he does when he goes out to these jobs?

A     Yes.

Q     Does he have any other function with the company, anything that he might work with Frank on with regards to bidding or with purchase of equipment, anything other than just working on heavy equipment?

A     CDL license.  He is a CDL driver.  Excuse me.  He may offer input to Frank on heavy equipment. I am not involved in that discussion with them though, so I don't know what they discuss.

Q     Okay.  But you don't know whether they discuss the allocation of resources, who should work on what job, that sort of thing?

A     I don't know.

               MR. GEIMAN:  Okay.  This will be Exhibit B.

               (Exhibit B marked for identification)

1    **Q**    You can take a look at that.  Let me know

2    when you are ready.

3         (Pause)

4    **Q**    Have you ever seen this letter before,

5    Cynthia?

6    A    No.

7    **Q**    Are you generally familiar with what an

8    owner operator is in the trades?

9    A    No.

10    **Q**    Have you ever heard Mr. Davis referred to as

11    an owner operator?

12    A    No.  Mr. Davis an owner?

13    **Q**    Brian Davis.

14    A    No.

15    **Q**    Okay.  Thank you.

16         Let's talk about Shaun Ryan.  When he

17    is not on worker's comp, has Shaun Ryan to your

18    knowledge generally worked on heavy machinery for

19    Accurate and Frank Franzone?

20    A    Pump operator.

21    **Q**    Okay.  To your knowledge does Mr. Ryan have

22    any managerial function with either company?

23    A    As I said previously, the foreman status

24    goes back and forth, went back and forth.

1    **Q**    Okay.

2            Was there ever a time where you may

3    have discussed with Frank splitting Mr. Davis and

4    Mr. Ryan, having one as an operator for Accurate, one

5    as an operator for Franzone?

6    A    Never.

7    **Q**    Okay.  Ever a discussion about hiring

8    so-called nonunion operators?

9    A    Never.

10    **Q**    Do you know whether Accurate does work,

11    Cynthia, for contractors that have a contract with

12    Local 4, any general contractors that are also signed

13    with Local 4?

14    A    I am not understanding what you are asking

15    me.

16    **Q**    Let me rephrase it.

17            When Accurate bids on a job --

18    A    Yes.

19    **Q**    -- is Accurate generally aware or not

20    whether the general contractor on the job is also a

21    Local 4 company?

22    A    I have never known that.

23    **Q**    It's not something you would look into?

24    A    No, or ask.

1      **Q**      And the same would be true of Franzone

2   I suppose?  You wouldn't know whether the general

3   contractor is a union signatory or not?

4      A      No.

5      **Q**      Okay.

6              You said earlier, Cynthia, that

7   Mr. Davis and Mr. Ryan drive Franzone trucks.

8      A      Yes.

9      **Q**      Okay.  And by that I suppose you mean that

10  the trucks are owned and in the name of Frank J.

11  Franzone, Inc.?

12     A      Yes.

13     **Q**      Okay.  What about equipment, you know, the

14  concrete pumps, other equipment that might be used on

15  the job?  Do you know who owns that equipment?

16     A      It varied.  Either company could own

17  depending on the type of work.

18     **Q**      Okay.  Accurate does own some equipment to

19  your knowledge?

20     A      Yes, very little.

21     **Q**      Very little.

22              How about vehicles?  Does Accurate own

23  any vehicles?

24     A      Yes.

1  **Q**   Okay.  Who would use the vehicles that

2  Accurate owns?

3  **A**   The mixer would be used for lightweight

4  cellular concrete.  The pickup truck would be used

5  for job purposes, and Frank has a vehicle he drives.

6        There is other equipment, but it's not

7  a vehicles.

8  **Q**   Right, right.

9        Are there times that you are aware

10 where Accurate would use Franzone equipment or

11 vehicles or vice versa outside?  I know you mentioned

12 Mr. Ryan and Mr. Davis use Franzone vehicles even if

13 they are going to an Accurate job.  Are there other

14 instances where Accurate-owned equipment would be

15 used on a Franzone job or vice versa?

16 **A**   Probably just pickup trucks, their vehicles,

17 pickup trucks.

18 **Q**   Okay.  But if Accurate was going to a job,

19 it would use equipment owned by Accurate exclusively?

20 **A**   No, that's not what you asked me.  You asked

21 me if Frank Franzone -- if Accurate vehicles were

22 used on Frank Franzone jobs.

23 **Q**   Correct.

24 **A**   And I am saying no, because it's a different

1  type of equipment.

2      Q    Okay.  Let me ask it a different way.  Are

3  there -- strike that.

4              If Franzone has need of equipment on a

5  job, will it use Franzone equipment only, or could it

6  potentially use Accurate-owned equipment?

7      A    If the need arises, arose, interchangeable,

8  yes.

9      Q    There is a pool of equipment, and whatever

10  is needed is put out on the job?

11      A    Yes.

12      Q    Okay.  Do you know if there is any

13  documentary arrangement, a subcontract, a lease, some

14  document where Accurate would use Franzone's

15  equipment or vice versa?

16      A    No.

17      Q    And so there is no payment rendered from one

18  company to the other for using that company's

19  equipment?

20      A    No.

21          (Pause)

22              MR. GEIMAN:  Bear with me for one

23  second.  I apologize.

24          (Pause)

1    MR. GEIMAN:  Make this Exhibit C,

2    please.

3         (Exhibit C marked for identification)

4    Q    I will give you a second to look at that.

5         (Pause)

6    Q    Are you familiar with these documents,

7    Cynthia?

8    A    I am sure it's from Paychex.  That was our

9    payroll company.

10   Q    Okay.  What I have given you is what appears

11   to be the Frank J. Franzone Payroll Journal, it says,

12   for the week of August 25th through August 31st of

13   2013.  Then also the second page is the Payroll

14   Journal for Accurate Engineered Concrete for that

15   same period of time.

16        The question I wanted to ask you,

17   Cynthia, regards Brian Davis.  As you can see, for

18   this week he did receive payment from both companies,

19   and you had earlier described why that happens.  My

20   question is the form of payment.  It would appear

21   that Mr. Davis receives a salary from Frank J.

22   Franzone, Inc., and then he receives his hourly rate,

23   I assume the collectively-bargained rate from

24   Accurate Engineered Concrete.  I was hoping you could

1    explain for me why he would receive a salary from

2    Frank J. Franzone, Inc.

3        A    That was the agreement that Shaun Ryan and

4    Brian Davis made with Frank in 2009; that they would

5    get a salary every week less any union hours worked.

6    The economy had dropped.  It was either that or be

7    laid off.  They opted to do that.

8        Q    Okay.

9             So to your knowledge before 2009

10   Mr. Davis did not receive a salary?

11       A    Well, he received a salary from Accurate.

12       Q    Mr. Davis did?

13       A    Yes, and Mr. Ryan.

14       Q    Both of them.  Okay.  Despite the fact that

15   they were performing work under the collective

16   bargaining agreement and receiving hourly wages, they

17   received a salary in addition to that?

18       A    No addition, forty hours, whatever they

19   worked.  Accurate would be subtracted.  So if they

20   worked 16 hours on Accurate, they would get paid

21   24 from Engineered for the remainder of their time.

22   They always got their union rate.  Never was that --

23   they always -- if they worked a union job, they got

24   their union rate.

1      **Q**     Okay.  So before 2009 did they do work for

2      Franzone as well?

3      **A**     Probably, but they always got their -- they

4      got paid through the union, through Accurate.

5      **Q**     So regardless of where the work was

6      performed, they were paid through --

7      **A**     Yes.  When the economy faulted, that's what

8      Frank did for them so they could keep a job.

9      **Q**     Okay.  And to your knowledge -- and again I

10     don't want you to speak on anything that you don't

11     know with certainty -- was there an arrangement made

12     with regard to the payment of fringe benefit

13     contributions at that time?

14     **A**     Not to my knowledge.

15     **Q**     Okay.

16            Cynthia, if you would look at the

17     third page of the document that we marked as

18     Exhibit C.  It shows again the payroll for Accurate

19     Engineered.  Mr. Ryan is receiving his hourly wage.

20     A similar arrangement was made for Mr. Ryan?

21     **A**     He was not salaried.  He was an hourly rate.

22     **Q**     Okay.  Was he salaried at any time for

23     either Accurate or Franzone?

24     **A**     Accurate prior to 2009.

1    **Q**    Going back to 2013 it appears that Mr. Davis

2    was paid a salary according to this first page anyway

3    of $1200.

4    **A**    Correct.

5    **Q**    Per week.  Do you know what his weekly

6    salary is currently?

7    **A**    1200 a week.

8    **Q**    Do you know whether --

9    **A**    I correct myself.  Brian gets paid hourly

10   now, gets paid hourly.  He has been.  So any union

11   work he gets paid, and any Frank J. Franzone work

12   gets paid by the hour, no salary.

13   **Q**    Okay.  Do you know when that switched?

14   **A**    I really don't.

15   **Q**    Okay.  Do you know why it switched?

16   **A**    Probably for overtime, so he would get his

17   overtime rates.

18   **Q**    Do you know what his hourly wage is from

19   Franzone currently?

20   **A**    $30 an hour.

21   **Q**    And you would agree that $30 an hour is less

22   than the Accurate union rate?

23   **A**    It's half of it, yes.

24   **Q**    Going back to benefits for a minute,

1  Cynthia, besides the health insurance, which I

2  understand was consistent for Mr. Davis and not

3  consistent for Mr. Ryan based on his work, were there

4  any other benefits provided to either Mr. Davis or

5  Mr. Ryan in the form of a defined benefit, defined

6  pension contribution, 401(K)?

7       A    No, no.

8            (Pause)

9                 MR. GEIMAN:  I enter this as

10  Exhibit D.

11           (Exhibit D marked for identification)

12      Q    Take your time and look at that.

13           (Pause)

14      A    Goes back 20 years.

15      Q    You can let us know when you are ready.

16  Ready?  Okay.

17                So, Cynthia, this is a document that

18  was put together by our auditor, Don Christy, who I

19  believe you met back in August when he came out.

20      A    And Rosemary.

21      Q    And Rosemary, yes.  This is just a

22  recitation of the hours that have been remitted to

23  Accurate -- I am sorry -- by Accurate to Local 4 in

24  the almost 26 years since Accurate has been remitting

1    to Local 4.

2            The reason I bring it to your

3    attention -- it touches on something you just

4    discussed briefly -- is that the hours for Mr. Davis

5    and Mr. Ryan did drop, as you can see here, fairly

6    precipitously in 2009.  Can you speak a bit more

7    about why that decision was made that you discussed

8    to have Mr. Davis and Mr. Ryan --

9    A    That was Mr. Franzone's decision because of

10    the economy.  That's all I can say.

11    Q    Okay.

12    A    I just follow orders.

13    Q    And 2009 certainly was not a good time

14    economically.  We all remember that.  I know that

15    work in the trades was slim.  What is the work

16    outlook for Accurate and Franzone currently?

17    A    Zero.

18    Q    There is no work?

19    A    Both men went on worker's comp, Brian the

20    end of April, and he is back to work, but Shaun is

21    still out.

22    Q    But generally, putting aside Brian and Shaun

23    for a second, are Accurate and Franzone working quite

24    a bit?

1    A    We have no crew.

2    Q    No crew, no laborers?

3    A    No.

4    Q    Why is that?

5    A    Just we didn't have an operator or a

6    finisher, so work was not getting done.

7    Q    Okay.

8            So in the time that Mr. Davis and

9    Mr. Ryan have been on worker's comp or in Mr. Ryan's

10   case on worker's comp, there was nobody available to

11   run a machine?

12   A    No.

13   Q    Okay.  Do you know if either you or

14   Mr. Franzone had spoken to anybody at Local 4 about

15   obtaining another operator in the meantime?

16   A    No.  Our work is not union.

17        (Pause)

18   Q    Are you aware of any other payments that

19   either Accurate or Franzone might be making to

20   Mr. Ryan or Mr. Davis?

21   A    No.

22   Q    Other than what's on the payroll?

23   A    No.

24   Q    You had mentioned a bonus payment from

Accurate at some point.  Do you know if either

gentlemen has ever received a bonus check?

A    They may have through the years.

Absolutely.

Q    Would that be run through payroll?

A    Yes.

Q    It would be.  Okay.

(Pause)

Q    As we sit here currently, Cynthia, are

Accurate or Franzone working on any jobs?

A    No -- yes.  Accurate is working on a job for

S&F Concrete.

Q    And is Mr. Davis on that job?

A    He is on that job.  One day every

three weeks, that's what it is.

Q    Okay.  Do you know if it's just a one-day

job for Mr. Davis?  Is it expected that he just works

on that job today, or would you not know that?

A    That's the only contract we have right now.

Q    Okay.  And they are generally one-day jobs

for Accurate?

A    If that.  Union job is sporadic, one day,

maybe one day a month, depending upon the type of

work.  This one, S&F Concrete, is the old Necco

1  building, the G.E. building.

2      Q   Yes.

3      A   And we went one day last week and were

4  scheduled to go one day this week, and it's already

5  not going.  So that's the consistency of the union

6  work, sporadic.

7      Q   When you say "not going," what do you mean?

8      A   They had scheduled a day to work this week,

9  but they are not ready to have our job, our

10 performance done.  They are not ready.

11     Q   Okay.

12          So if Mr. Davis worked one day a week

13 and Franzone didn't have any jobs in a given week,

14 how would Mr. Davis be paid for that week?

15     A   He would get paid for the Accurate work and

16 whatever he would do for Frank.

17     Q   But if there was no work for Franzone, Inc.,

18 he would just received his eight hours, assuming one

19 day for Accurate, and that's the extent of his pay?

20     A   He actually works every day helping his

21 uncle, yes.

22     Q   Who is Mr. Davis's uncle?

23     A   Frank Franzone.

24     Q   Oh, okay.  And when you say he would do

1    other work helping his uncle --

2         A    With the equipment, in the shop, cleaning up

3    the shop.

4         Q    And which payroll would he be on for that

5    work for the shop?

6         A    Frank Franzone.

7         Q    For that work in the shop he would be on

8    Frank Franzone's payroll, and he could be working on

9    Accurate equipment, Franzone equipment?  Again it

10   doesn't really matter.

11        A    That's right.

12        Q    Okay.  What other types of work might

13   Mr. Davis do on an off day for Mr. Franzone?

14        A    Basically just cleaning the shop, oiling the

15   equipment.

16        Q    And for this work he would receive his $30

17   an hour?

18        A    Yes.

19        Q    How about Mr. Ryan?  Would he similarly

20   do -- when he was working, would he do work like that

21   as well?

22        A    Yes.

23        Q    And he, too, would be paid at $30 an hour?

24        A    Yes.

1    (Pause)

2    **Q**    You had mentioned S&F Concrete as a

3    contractor that Accurate works for.  Does Accurate

4    generally work for concrete companies, concrete

5    contractors?

6    A    It depends on the nature of the job.  This

7    is the lightweight cellular concrete.  Concrete

8    companies will call us if they need the product that

9    we distribute, which is a foam, a foam concentrate

10   that makes concrete lightweight.

11   **Q**    Okay.

12            Are there certain contractors that

13   Accurate works for more often than others?  In other

14   words, are there repeat customers?

15   A    There were, yes.

16   **Q**    When you say "were," was that because there

17   is not as much work now?

18   A    Yes.

19   **Q**    Now that Mr. Davis is back and off of

20   worker's comp, do you expect more consistent work for

21   Accurate?

22   A    I don't know that.

23   **Q**    You don't have any jobs in the pipeline so

24   to speak?

1    A    Exactly.

2    Q    Nothing coming up.  But both companies,
Accurate and Franzone, are still bidding per usual.
Has anything changed with regard to business
practices?

6    A    There is very little bidding.  Frank is 87.

7    Q    Okay.

Are you familiar, Cynthia, with
something that Local 4 refers to as a 40-hour
guarantee in its collective bargain agreement?

11    A    No.

12    (Pause)

13    Q    To your knowledge, Cynthia, both Mr. Davis
and Mr. Ryan have Local 4 books; they are members of
the Local 4 union?

16    A    I don't know.

17    Q    Okay.

When Mr. Franzone, as you described,
had spoken with Mr. Davis and Mr. Ryan back in 2008,
2009 and decided to alter the way in which they would
be paid, were you involved in that discussion?

22    A    No.  I was just told.

23    (Pause)

24    MR. GEIMAN:  Okay.  Thank you,

1    Cynthia.  I don't think I have any further questions

2    at this time.

3            Do you have anything, Amato?

4                MR. BOCCHINO:  No, I have no

5    questions.

6

7            (Off the record at 11:11 AM)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

C E R T I F I C A T E

I, CYNTHIA C. ZANGARI, do hereby certify that I have read the foregoing transcript of my testimony and further certify that to the best of my knowledge said transcript is true and accurate (with the exception of the following corrections listed below):

Page  Line        Correction and Reason for Change
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------

Dated this ____ day of _____, 2018.
Signed under the pains and penalties of perjury.


_____
CYNTHIA C. ZANGARI


Sworn to and subscribed before me this _____ day of _____, 2018.


_____
Notary Public
My commission expires:

1  COMMONWEALTH OF MASSACHUSETTS    )
2  NORFOLK, SS.                     )
3
4
5
6
7
8         I, DIANE L. McELWEE, Certified Shorthand
   Reporter and Notary Public in and for the
   Commonwealth of Massachusetts, do hereby certify
9  that there came before me on the 13th day of
   November, 2018, at 10:08 AM, the person
10 hereinbefore named, who was by me duly sworn to
   testify to the truth and nothing but the truth
11 touching and concerning the matters in controversy
   in this cause; that there was an examination under
12 oath and the examination was reduced to transcript
   form under my direction and that the deposition is
13 a true record of the testimony given by the witness.
14         I further certify that I am neither
   attorney nor counsel for, nor related to or employed
15 by any of the parties to the action in which this
   deposition is taken; and further that I am not a
16 relative or employee of any attorney or counsel
   employed by the parties hereto or financially
17 interested in the action.
18         In witness whereof, I have hereunto set
   my hand and seal this _____ day of November, 2018.
19
20
21     _____
       DIANE L. McELWEE, Notary Public
22     My commission expires:
23     December 17, 2021
24